# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| CHICKEN SOUP FOR THE SOUL ENTERTAINMENT, INC., *et al.*[1], | Case No. 24-11442 (MFW) |
| Debtors. | (Jointly Administered) |
| BRIAN SKAJEM, LISA PAPATZIMAS, ERIN TUTTLE, DAVID ELLENDER, DARA COHEN, MATT LOZE, JESSICA STOECKELER, HEATHER BUNDY, CAREY CAMPBELL, KELLY BURKE HOPKINS, COURTNEY SMITH, on behalf of themselves and behalf of all others similarly situated, | Adv. Pro. No. 24-50128 (MFW) |
| Plaintiffs, | Re: Adv. D.I.: 18, 20, 22 |
| v. | |
| CHICKEN SOUP FOR THE SOUL ENTERTAINMENT, INC.; REDBOX AUTOMATED RETAIL, LLC; WILLIAM J. ROUHANA, JR., AMY NEWMARK, AND DOES 1-500, INCLUSIVE, | |
| Defendants. | |

**PLAINTIFFS' REQUEST FOR ORAL ARGUMENT ON
<u>PLAINTIFFS' MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT</u>**

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number (where applicable), are: 757 Film Acquisition LLC (4300); Chicken Soup for the Soul Entertainment Inc. (0811); Chicken Soup for the Soul Studios, LLC (9993); Chicken Soup for the Soul Television Group, LLC; Crackle Plus, LLC (9379); CSS AVOD Inc. (4038); CSSESIG, LLC (7150); Digital Media Enterprises LLC; Halcyon Studios, LLC (3312); Halcyon Television, LLC (9873); Landmark Studio Group LLC (3671); Locomotive Global, Inc. (2094); Pivotshare, Inc. (2165); RB Second Merger Sub LLC (0754); Redbox Automated Retail, LLC (0436); Redbox Entertainment, LLC (7085); Redbox Holdings, LLC (7338); Redbox Incentives LLC (1123); Redwood Intermediate, LLC (2733); Screen Media Films, LLC; Screen Media Ventures, LLC (2466); and TOFG LLC (0508). The Debtors' corporate headquarters and service address is 132 East Putnam Avenue, Floor 2W, Cos Cob, CT 06807.

17205013/1

Pursuant to Rule 7007-3 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Court"), Plaintiffs Brian Skajem, Lisa Papatzimas, Erin Tuttle, David Ellender, Dara Cohen, Matt Loze, Jessica Stoeckeler, Heather Bundy, Carey Campbell, Kelly Burke Hopkins, Courtney Smith, on behalf of themselves and behalf of all other similarly situated (collectively, the "Plaintiffs"), by and through their undersigned counsel, hereby request that the Court permit oral argument on the *Plaintiffs' Motion for Leave to File an Amended Complaint* [Adv. Docket No. 18] (the "Motion"). Briefing on the Motion was completed on February 25, 2025. *See* Adv. D.I. 18, 20, 22.

| | |
|---|---|
| Dated:  February 28, 2025<br>Wilmington, Delaware | **MORRIS JAMES LLP**<br><br>*/s/ Tara C. Pakrouh*<br>Eric J. Monzo (DE Bar No. 5214)<br>Tara C. Pakrouh (DE Bar No. 6192)<br>Cortlan S. Hitch (DE Bar No. 6720)<br>Siena B. Cerra (DE Bar No. 7290)<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801<br>Telephone: (302) 888-6800<br>Facsimile: (302) 571-1750<br>E-mail: emonzo@morrisjames.com<br>         tpakrouh@morrisjames.com<br>         chitch@morrisjames.com<br>         scerra@morrisjames.com<br><br>-and-<br><br>**ALDERLAW, PC**<br>Michael Alder (CA Bar No. 170381)<br>Elana R. Levine, Esq. (CA Bar No. 234155)<br>12800 Riverside Drive, Second Floor<br>Valley Village, CA 91607<br>Telephone: (310) 275-9131<br>Facsimile: (310) 275-9132<br>E-mail: cmalder@alderlaw.com<br>         llevine@alderlaw.com<br>         mbrown@alderlaw.com<br><br>*Counsel to Plaintiffs and the Proposed Class* |

17205013/1