# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| CHICKEN SOUP FOR THE SOUL ENTERTAINMENT, INC., *et al.*[1], | Case No. 24-11442 (MFW) |
| Debtors. | (Jointly Administered) |
| BRIAN SKAJEM, LISA PAPATZIMAS, ERIN TUTTLE, DAVID ELLENDER, DARA COHEN, MATT LOZE, JESSICA STOECKELER, HEATHER BUNDY, CAREY CAMPBELL, KELLY BURKE HOPKINS, COURTNEY SMITH, on behalf of themselves and behalf of all others similarly situated, | Adv. Pro. No. 24-50128 (MFW) |
| Plaintiffs, | **Hearing Date: April 30, 2025 at 2:00 p.m. (ET)** |
| v. | |
| CHICKEN SOUP FOR THE SOUL ENTERTAINMENT, INC.; REDBOX AUTOMATED RETAIL, LLC; WILLIAM J. ROUHANA, JR., AMY NEWMARK, AND DOES 1-500, INCLUSIVE, | |
| Defendants. | |

## NOTICE OF ORAL ARGUMENT REGARDING
## PLAINTIFFS' MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number (where applicable), are: 757 Film Acquisition LLC (4300); Chicken Soup for the Soul Entertainment Inc. (0811); Chicken Soup for the Soul Studios, LLC (9993); Chicken Soup for the Soul Television Group, LLC; Crackle Plus, LLC (9379); CSS AVOD Inc. (4038); CSSESIG, LLC (7150); Digital Media Enterprises LLC; Halcyon Studios, LLC (3312); Halcyon Television, LLC (9873); Landmark Studio Group LLC (3671); Locomotive Global, Inc. (2094); Pivotshare, Inc. (2165); RB Second Merger Sub LLC (0754); Redbox Automated Retail, LLC (0436); Redbox Entertainment, LLC (7085); Redbox Holdings, LLC (7338); Redbox Incentives LLC (1123); Redwood Intermediate, LLC (2733); Screen Media Films, LLC; Screen Media Ventures, LLC (2466); and TOFG LLC (0508). The Debtors' corporate headquarters and service address is 132 East Putnam Avenue, Floor 2W, Cos Cob, CT 06807.

17265138/1

**PLEASE TAKE NOTICE** that a hearing shall take place before The Honorable Mary F. Walrath, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware (the "Court"), 824 North Market Street, 5th Floor, Courtroom No. 4, Wilmington, Delaware 19801 in the above-captioned adversary proceeding on **April 30, 2025 starting at 2:00 p.m. (prevailing Eastern Time) (the "Hearing")** to consider oral argument in connection with (i) the *Plaintiffs' Motion for Leave to File an Amended Complaint*, dated February 3, 2025 [Adv. D.I. 18] (the "Motion for Leave"), filed by Plaintiffs Brian Skajem, Lisa Papatzimas, Erin Tuttle, David Ellender, Dara Cohen, Matt Loze, Jessica Stoeckeler, Heather Bundy, Carey Campbell, Kelly Burke Hopkins, Courtney Smith, on behalf of themselves and behalf of all others similarly situated (collectively, the "Plaintiffs"); (ii) *HPS Investment Partners, LLC's Partial Objection to Plaintiffs' Motion for Leave to File an Amended Complaint*, dated February 18, 2025 [Adv. D.I. 20], filed by Defendant HPS Investment Partners, LLC; and (iii) the *Plaintiffs' Reply to HPS Partners, LLC's Partial Objection to Motion for Leave to File an Amended Complaint*, dated February 25, 2025 [Adv. D.I. 22], filed by Plaintiffs.

**PLEASE TAKE FURTHER NOTICE** that the Hearing will be conducted remotely via Zoom. Please register using the eCourt Appearance tool ([available here](available here)) or on the court's website at [www.deb.uscourts.gov](www.deb.uscourts.gov). Registration is required by 4:00 p.m. (prevailing Eastern Time) the business day before the Hearing, unless otherwise noticed, using the eCourt Appearances tool available on the Court's website.

*[Remainder of Page Intentionally Left Blank]*

| | |
|---|---|
| Dated: April 4, 2025<br>Wilmington, Delaware | **MORRIS JAMES LLP**<br><br>*/s/ Tara C. Pakrouh*<br>Eric J. Monzo (DE Bar No. 5214)<br>Tara C. Pakrouh (DE Bar No. 6192)<br>Cortlan S. Hitch (DE Bar No. 6720)<br>Siena B. Cerra (DE Bar No. 7290)<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801<br>Telephone: (302) 888-6800<br>Facsimile: (302) 571-1750<br>E-mail: emonzo@morrisjames.com<br>          tpakrouh@morrisjames.com<br>          chitch@morrisjames.com<br>          scerra@morrisjames.com<br><br>-and-<br><br>**ALDERLAW, PC**<br>Michael Alder (CA Bar No. 170381)<br>Elana R. Levine, Esq. (CA Bar No. 234155)<br>12800 Riverside Drive, Second Floor<br>Valley Village, CA 91607<br>Telephone: (310) 275-9131<br>Facsimile: (310) 275-9132<br>E-mail: cmalder@alderlaw.com<br>          llevine@alderlaw.com<br><br>*Counsel to Plaintiffs and the Proposed Class* |