**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| CSS ENTERTAINMENT INC. (f/k/a CHICKEN SOUP FOR THE SOUL ENTERTAINMENT INC.), *et al* [1] | Case No. 24-11442 (MFW) (Jointly Administered) |
| Debtors. | |

**AMENDED[2] NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON APRIL 30, 2025 AT 2:00 P.M. (PREVAILING EASTERN TIME), BEFORE THE HONORABLE MARY F. WALRATH AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 5TH FLOOR, COURTROOM NO. 4, WILMINGTON, DELAWARE 19801**

THIS HEARING WILL BE CONDUCTED VIA ZOOM.  PARTIES AND WITNESSES ARE PERMITTED, BUT NOT REQUIRED, TO APPEAR IN PERSON.
THE COURT HAS NO PREFERENCE.

TO ATTEND THE HEARING REMOTELY, PLEASE REGISTER USING THE ECOURT APPEARANCES TOOL ON THE COURT'S WEBSITE AT WWW.DEB.USCOURTS.GOV
OR CLICK THE BELOW LINK:
(HTTP://WWW.DEB.USCOURTS.GOV/ECOURT-APPEARANCES)

PARTIES ARE REQUIRED TO REGISTER FOR THE HEARING NO LATER THAN 4:00 P.M. (ET) ONE BUSINESS DAY BEFORE THE HEARING. YOU MUST USE YOUR FULL NAME WHEN LOGGING INTO ZOOM OR YOU WILL NOT BE ALLOWED INTO THE MEETING.

AFTER REGISTERING YOUR APPEARANCE, YOU WILL RECEIVE A CONFIRMATION EMAIL. ZOOM INFORMATION WILL BE SENT OUT PRIOR TO THE HEARING.

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number (where applicable), are: 757 Film Acquisition LLC (4300); CSS Entertainment, Inc. (f/k/a Chicken Soup for the Soul Entertainment Inc.) (0811); CSS Studios, LLC (f/k/a Chicken Soup for the Soul Studios, LLC) (9993); CSS Television Group, LLC (f/k/a Chicken Soup for the Soul Television Group, LLC); Crackle Plus, LLC (9379); CSS AVOD Inc. (4038); CSSESIG, LLC (7150); Digital Media Enterprises LLC; Halcyon Studios, LLC (3312); Halcyon Television, LLC (9873); Landmark Studio Group LLC (3671); Locomotive Global, Inc. (2094); Pivotshare, Inc. (2165); RB Second Merger Sub LLC (0754); Redbox Automated Retail, LLC (0436); Redbox Entertainment, LLC (7085); Redbox Holdings, LLC (7338); Redbox Incentives LLC (1123); Redwood Intermediate, LLC (2733); Screen Media Films, LLC; Screen Media Ventures, LLC (2466); and TOFG LLC (0508).

[2] Amended Agenda items appear in bold text.

**CONCLUDED MATTERS:**

1.  Application of Chapter 7 Trustee, George L. Miller for Authority to Employ and Retain Coren & Ress, P.C. as Special Litigation Counsel to the Chapter 7 Trustee Pursuant to 11 U.S.C. §§ 327(e) & 328 to Pursue Litigation Claims Nunc Pro Tunc, Effective as of March 3, 2025
    [Filed 4/3/2025; Docket No. 605]

    | Related Documents: | (a) | Certification of No Objection<br>[Filed 4/24/2025; Docket No. 623] |
    |---|---|---|
    | | (b) | Entered Order<br>[Filed 4/28/2025; Docket No. 624] |

    Objection Deadline:          April 23, 2025 at 4:00 p.m. ET

    Responses Received:          None

    Status:                      This matter is concluded.   Order has been entered by the Court.


**UNCONTESTED MATTERS WITH CERTIFICATION OF NO OBJECTION TO BE FILED:**

2.  Brookshire Grocery Company's Motion for an Order (A) Compelling the Abandonment of Redbox Kiosks Located on Brookshire's Premises and (B) Lifting the Automatic Stay, to the Extent Applicable, to Permit the Removable and Disposal of Such Kiosk
    [Filed 4/1/2025; Docket No. 603]

    | Related Documents: | (a) | Proposed Order<br>[Filed 4/1/2025; Docket No. 603] |
    |---|---|---|

    Objection Deadline:          April 23, 2025 at 4:00 p.m. ET

    Responses Received:          None

    Status:                      This matter is uncontested.   Movant to file a Certification of No Objection.

LEGAL\77135971\2 6010823/00617521
04/28/2025

**CONTESTED MATTERS GOING FORWARD:**

3.  Motion of A Mighty Hand, LLC for Relief from the Automatic Stay and Related Relief
    [Filed 2/25/2025; Docket No. 578]

    <u>Related Documents</u>:   (a)   None

    <u>Objection Deadline</u>:   March 11, 2025 at 4:00 p.m. ET

    <u>Responses Received</u>:   (b)   Trustee's Limited Objection to the Motion of A Mighty Hand, LLC for Relief from the Automatic Stay and Related Relief [Filed 3/11/2025; Docket No. 589]

                (c)   Movant received informal comments from FilmRise Acquisition LLC

    **<u>Status</u>:**   **This matter is being adjourned to May 14, 2025 at 2:00 p.m.**

**ADDITIONAL MATTERS:**

4.  **Plaintiffs' Motion for Leave to File an Amended Complaint**
    **In re: Brian Skajem et al v. Chicken Soup for the Soul Entertainment Inc. et al**
    **Adv. No. 24-50128**
    **[Filed 2/3/2025; Adv. Docket No. 18]**

    **<u>Related Documents</u>:**   **(a)**   **Complaint**
    **[Filed 9/6/2024; Adv. Docket No. 1]**

                **(b)**   **Plaintiff's Request for Oral Argument on Plaintiff's Motion for Leave to File an Amended Complaint**
    **[Filed 2/28/2025; Adv. Docket No. 23]**

                **(c)**   **Notice of Completion of Briefing Regarding Plaintiff's Request for Oral Argument on Plaintiff's Motion for Leave to File an Amended Complaint**
    **[Filed 3/4/2025; Adv. Docket No. 24]**

                **(d)**   **Notice of Oral Argument Regarding Plaintiffs Motion for Leave to File an Amended Complaint**
    **[Filed 4/4/2025; Adv. Docket No. 25]**

    **<u>Objection Deadline</u>:**   **February 17, 2024 at 4:00 p.m. ET**

| | | |
|---|---|---|
| **<u>Responses Received</u>:** | **(e)** | **HPS Investment Partners, LLC's Partial Objection to Plaintiffs' Motion for Leave to File an Amended Complaint [Filed 2/18/2025; Adv. Docket No. 20]** |
| | **(f)** | **Plaintiffs' Reply to HPS Partners, LLC's Partial Objection to Motion for Leave to File an Amended Complaint [Filed 2/25/2025; Adv. Docket No. 22]** |
| **<u>Status</u>:** | | **This matter is going forward.** |

Dated:  April 28, 2025
       Wilmington, Delaware

COZEN O'CONNOR

By:   */s/ John T. Carroll, III*
      John T. Carroll, III (DE No. 4060)
      1201 N. Market Street
      Suite 1001
      Wilmington, DE  19801
      (302) 295-2000 Phone
      (302) 295-2013 Fax No.
      jcarroll@cozen.com

      *Counsel to George L. Miller,*
      *Chapter 7 Trustee*