# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> CHICKEN SOUP FOR THE SOUL ENTERTAINMENT, INC., *et al.*[1], <br><br> Debtors. | Chapter 7 <br><br> Case No. 24-11442 (MFW) <br><br> (Jointly Administered) |
| BRIAN SKAJEM, LISA PAPATZIMAS, ERIN TUTTLE, DAVID ELLENDER, DARA COHEN, MATT LOZE, JESSICA STOECKELER, HEATHER BUNDY, CAREY CAMPBELL, KELLY BURKE HOPKINS, COURTNEY SMITH, on behalf of themselves and behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> CHICKEN SOUP FOR THE SOUL ENTERTAINMENT, INC.; REDBOX AUTOMATED RETAIL, LLC; WILLIAM J. ROUHANA, JR., AMY NEWMARK, JOHN T. YOUNG, ROBERT H. WARSHAUER, BART SCHWARTZ, and DOES 1-500, inclusive, <br><br> Defendants. | Adv. Pro. No. 24-50128 (MFW) |

## SUMMONS AND NOTICE OF PRETRIAL CONFERENCE
## IN AN ADVERSARY PROCEEDING

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number (where applicable), are: 757 Film Acquisition LLC (4300); Chicken Soup for the Soul Entertainment Inc. (0811); Chicken Soup for the Soul Studios, LLC (9993); Chicken Soup for the Soul Television Group, LLC; Crackle Plus, LLC (9379); CSS AVOD Inc. (4038); CSSESIG, LLC (7150); Digital Media Enterprises LLC; Halcyon Studios, LLC (3312); Halcyon Television, LLC (9873); Landmark Studio Group LLC (3671); Locomotive Global, Inc. (2094); Pivotshare, Inc. (2165); RB Second Merger Sub LLC (0754); Redbox Automated Retail, LLC (0436); Redbox Entertainment, LLC (7085); Redbox Holdings, LLC (7338); Redbox Incentives LLC (1123); Redwood Intermediate, LLC (2733); Screen Media Films, LLC; Screen Media Ventures, LLC (2466); and TOFG LLC (0508). The Debtors' corporate headquarters and service address is 132 East Putnam Avenue, Floor 2W, Cos Cob, CT 06807.

17328057/1

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

        Address of Clerk:  824 Market Street, 3rd Floor
                                   Wilmington, DE 19801

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **ALDERLAW, PC** | **MORRIS JAMES LLP** |
|---|---|
| Michael Alder, Esq. | Eric J. Monzo, Esq. |
| Elana R. Levine, Esq. | Tara C. Pakrouh, Esq. |
| 12800 Riverside Drive, Second Floor | Cortlan S. Hitch, Esq. |
| Valley Village, CA 91607 | Siena B. Cerra, Esq. |
| Telephone: (310) 275-9131 | 500 Delaware Avenue, Suite 1500 |
| Facsimile: (310) 275-9132 | Wilmington, DE 19801 |
| E-mail: cmalder@alderlaw.com | Telephone: (302) 888-6800 |
|        llevine@alderlaw.com | Facsimile: (302) 571-1750 |
|        mbrown@alderlaw.com | E-mail: emonzo@morrisjames.com |
| |        tpakrouh@morrisjames.com |
| |        chitch@morrisjames.com |
| |        scerra@morrisjames.com |

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place.

        Address:       United States Bankruptcy Court
                           for the District of Delaware
                           824 Market Street
                           5th Floor, Courtroom No. 4
                           Wilmington, Delaware 19801

        Date and Time: TBD

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

**United States Bankruptcy
  Court for the District
    of Delaware**
Dated: May 20, 2025                                       */s/ Una O'Boyle*
                                                            Clerk of the Bankruptcy Court