## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| CHICKEN SOUP FOR THE SOUL ENTERTAINMENT, INC*., et al.,* | Case No. 24-11442 (MFW) |
| Debtors. [1] | (Jointly Administered) |
| BRIAN SKAJEM, LISA PAPATZIMAS, ERIN TUTTLE, DAVID ELLENDER, DARA COHEN, MATT LOZE, JESSICA STOECKELER, HEATHER BUNDY, CAREY CAMPBELL, KELLY BURKE HOPKINS, COURTNEY SMITH, on behalf of themselves and on behalf of all others similarly situated, | Adv. Pro. No. 24-50128 (MFW) |
| Plaintiffs, | |
| v. | |
| CHICKEN SOUP FOR THE SOUL ENTERTAINMENT, INC., REDBOX AUTOMATED RETAIL, LLC, WILLIAM ROUHANNA, JR., AMY NEWMARK, JOHN T. YOUNG, ROBERT H. WARSHAUER, BART SCHWARTZ, and DOES 1-500, inclusive, | |
| Defendants. | |

## <u>TRUSTEE'S ANSWER TO FIRST AMENDED COMPLAINT</u>

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number (where applicable), are: 757 Film Acquisition LLC (4300); Chicken Soup for the Soul Entertainment, Inc. (0811); Chicken Soup for the Soul Studios, LLC (9993); Chicken Soup for the Soul Television Group, LLC; Crackle Plus, LLC (9379); CSS AVOD Inc. (4038); CSSESIG, LLC (7150); Digital Media Enterprises LLC; Halcyon Studios, LLC (3312); Halcyon Television, LLC (9873); Landmark Studio Group LLC (3671); Locomotive Global, Inc. (2094); Pivotshare, Inc. (2165); RB Second Merger Sub LLC (0754); Redbox Automated Retail, LLC (0436); Redbox Entertainment, LLC (7085); Redbox Holdings, LLC (7338); Redbox Incentives LLC (1123); Redwood Intermediate, LLC (2733); Screen Media Films, LLC; Screen Media Ventures, LLC (2466); and TOFG LLC (0508) (the foregoing, collectively, the "<u>Debtors</u>"). The Debtors' corporate headquarters and service address is 132 East Putnam Avenue, Floor 2W, Cos Cob, CT 06807.

George L. Miller, as chapter 7 trustee (the "<u>Trustee</u>") for the estates of Chicken Soup for the Soul Entertainment, Inc. and Redbox Automated Retail, LLC (together, the "<u>Debtors</u>"), submits this Answer to the *First Amended Complaint* [Adv. Pro. D.I. 30] (the "<u>Complaint</u>") filed in the above-captioned adversary proceeding, and states:

## NATURE OF ACTION

1.      Denied.  The Trustee answers that the Trustee is without knowledge or information sufficient to form a belief as to the allegations in this paragraph, and accordingly said averments are denied.  To the extent this paragraph includes conclusions of law, no response is required, and accordingly said averments are denied.

2.      Denied.  The Trustee answers that the Trustee is without knowledge or information sufficient to form a belief as to the allegations in this paragraph, and accordingly said averments are denied.  To the extent this paragraph includes conclusions of law, no response is required, and accordingly said averments are denied.

3.      Denied.  The Trustee answers that the Trustee is without knowledge or information sufficient to form a belief as to the allegations in this paragraph, and accordingly said averments are denied.  To the extent this paragraph includes conclusions of law, no response is required, and accordingly said averments are denied.

4.      Admitted in part; denied in part.  The Trustee admits that the named Plaintiffs purport to bring this action on behalf of themselves, and also purport to bring this action on behalf of certain allegedly similarly situated persons.  With respect to the remaining allegations in this paragraph, the Trustee is without knowledge or information sufficient to form a belief as to such allegations, and accordingly said averments are denied.  To the extent this paragraph includes conclusions of law, no response is required, and accordingly said averments are denied.

LEGAL\78396174\3 6010823\00617521

5.      Denied.  The Trustee answers that the Trustee is without knowledge or information sufficient to form a belief as to the allegations in this paragraph, and accordingly said averments are denied.  To the extent this paragraph includes conclusions of law, no response is required, and accordingly said averments are denied.

6.      Denied.  The Trustee answers that the Trustee is without knowledge or information sufficient to form a belief as to the allegations in this paragraph, and accordingly said averments are denied.  To the extent this paragraph includes conclusions of law, no response is required, and accordingly said averments are denied.

7.      Denied.  The Trustee answers that the Trustee is without knowledge or information sufficient to form a belief as to the allegations in this paragraph, and accordingly said averments are denied.  To the extent this paragraph includes conclusions of law, no response is required, and accordingly said averments are denied.

8.      Denied.  The Trustee answers that the Trustee is without knowledge or information sufficient to form a belief as to the allegations in this paragraph, and accordingly said averments are denied.

9.      Denied.  The Trustee answers that the Trustee is without knowledge or information sufficient to form a belief as to the allegations in this paragraph, and accordingly said averments are denied.  To the extent this paragraph includes conclusions of law, no response is required, and accordingly said averments are denied.

10.      Denied.  The Trustee answers that the Trustee is without knowledge or information sufficient to form a belief as to the allegations in this paragraph, and accordingly said averments are denied.  To the extent this paragraph includes conclusions of law, no response is required, and accordingly said averments are denied.

LEGAL\78396174\3 6010823/00617521

11.     Denied.  The Trustee answers that the Trustee is without knowledge or information sufficient to form a belief as to the allegations in this paragraph, and accordingly said averments are denied.  To the extent this paragraph includes conclusions of law, no response is required, and accordingly said averments are denied.

12.     Admitted in part; denied in part.  The Trustee admits that the Plaintiffs included the words "Does 1-500" in the caption of the Complaint.  With respect to the remaining allegations in this paragraph, the Trustee is without knowledge or information sufficient to form a belief as to such allegations, and accordingly said averments are denied.  To the extent this paragraph includes conclusions of law, no response is required, and accordingly said averments are denied.

13.     Denied.  The Trustee answers that the Trustee is without knowledge or information sufficient to form a belief as to the allegations in this paragraph, and accordingly said averments are denied.

14.     Denied.  The Trustee answers that the Trustee is without knowledge or information sufficient to form a belief as to the allegations in this paragraph, and accordingly said averments are denied.

### JURISDICTION AND VENUE

15.     Admitted in part; denied in part.   The Trustee admits that the Plaintiffs have purported to commence this action as an adversary proceeding.   With respect to the remaining allegations in this paragraph, the Trustee is without knowledge or information sufficient to form a belief as to such allegations, and accordingly said averments are denied.   To the extent this paragraph includes conclusions of law, no response is required, and accordingly said averments are denied.

LEGAL\78396174\3 6010823\00617521

16.     Denied. This paragraph consists of conclusions of law, to which no response is required, and accordingly said averments are denied.  To the extent that this paragraph characterizes the Complaint, the Trustee responds that the Complaint is a document that speaks for itself, and any such characterization is denied to the extent that it is superseded by the language of the Complaint.

17.     Denied. This paragraph consists of conclusions of law, to which no response is required, and accordingly said averments are denied.

18.     Denied.  The Trustee answers that the Trustee is without knowledge or information sufficient to form a belief as to the allegations in this paragraph, and accordingly said averments are denied.  To the extent this paragraph includes conclusions of law, no response is required, and accordingly said averments are denied.

### PARTIES

19.     Denied.  The Trustee answers that the Trustee is without knowledge or information sufficient to form a belief as to the allegations in this paragraph, and accordingly said averments are denied. To the extent this paragraph includes conclusions of law, no response is required, and accordingly said averments are denied.

20.     Denied.  The Trustee answers that the Trustee is without knowledge or information sufficient to form a belief as to the allegations in this paragraph, and accordingly said averments are denied. To the extent this paragraph includes conclusions of law, no response is required, and accordingly said averments are denied.

21.     Denied.  The Trustee answers that the Trustee is without knowledge or information sufficient to form a belief as to the allegations in this paragraph, and accordingly said averments

are denied.  To the extent this paragraph includes conclusions of law, no response is required, and accordingly said averments are denied.

22.      Denied.  The Trustee answers that the Trustee is without knowledge or information sufficient to form a belief as to the allegations in this paragraph, and accordingly said averments are denied.  To the extent this paragraph includes conclusions of law, no response is required, and accordingly said averments are denied.

23.      Denied.  The Trustee answers that the Trustee is without knowledge or information sufficient to form a belief as to the allegations in this paragraph, and accordingly said averments are denied.  To the extent this paragraph includes conclusions of law, no response is required, and accordingly said averments are denied.

24.      Denied.  The Trustee answers that the Trustee is without knowledge or information sufficient to form a belief as to the allegations in this paragraph, and accordingly said averments are denied.  To the extent this paragraph includes conclusions of law, no response is required, and accordingly said averments are denied.

25.      Denied.  The Trustee answers that the Trustee is without knowledge or information sufficient to form a belief as to the allegations in this paragraph, and accordingly said averments are denied.  To the extent this paragraph includes conclusions of law, no response is required, and accordingly said averments are denied.

26.      Denied.  The Trustee answers that the Trustee is without knowledge or information sufficient to form a belief as to the allegations in this paragraph, and accordingly said averments are denied.  To the extent this paragraph includes conclusions of law, no response is required, and accordingly said averments are denied.

27.     Denied.  The Trustee answers that the Trustee is without knowledge or information sufficient to form a belief as to the allegations in this paragraph, and accordingly said averments are denied.  To the extent this paragraph includes conclusions of law, no response is required, and accordingly said averments are denied.

28.     Denied.  The Trustee answers that the Trustee is without knowledge or information sufficient to form a belief as to the allegations in this paragraph, and accordingly said averments are denied.

29.     Denied.  The Trustee answers that the Trustee is without knowledge or information sufficient to form a belief as to the allegations in this paragraph, and accordingly said averments are denied.

## CLASS ACTION ALLEGATIONS

30.     Admitted in part; denied in part.  The Trustee admits that the named Plaintiffs purport to bring this action on behalf of themselves, and also purport to bring this action on behalf of certain allegedly similarly situated persons.  With respect to the remaining allegations in this paragraph, the Trustee is without knowledge or information sufficient to form a belief as to such allegations, and accordingly said averments are denied.  To the extent this paragraph includes conclusions of law, no response is required, and accordingly said averments are denied.

31.     Denied.

32.     Denied.

33.     Denied.

    a.   Denied.

    b.   Denied.

    c.   Denied.

LEGAL\78396174\3 6010823/00617521

    d.   Denied.

    e.   Denied.

34.    Denied.  The Trustee answers that the Trustee is without knowledge or information sufficient to form a belief as to the allegations in this paragraph, and accordingly said averments are denied.  To the extent this paragraph includes conclusions of law, no response is required, and accordingly said averments are denied.

35.    Admitted in part; denied in part.  The Trustee admits that, in paragraph 13 of the Complaint's Prayer for Relief, the Plaintiffs request certain declaratory relief.  With respect to the remaining allegations in this paragraph, the Trustee is without knowledge or information sufficient to form a belief as to such allegations, and accordingly said averments are denied.  To the extent this paragraph includes conclusions of law, no response is required, and accordingly said averments are denied.

36.    Denied.

37.    Denied.

## FACTUAL ALLEGATIONS

38.    The Trustee realleges and incorporates by reference all responses in all preceding paragraphs of this Answer.

39.    Admitted in part; denied in part.  The Trustee admits that the named Plaintiffs purport to bring this action on behalf of themselves, and also purport to bring this action on behalf of certain allegedly similarly situated persons.  With respect to the remaining allegations in this paragraph, the Trustee is without knowledge or information sufficient to form a belief as to such allegations, and accordingly said averments are denied.  To the extent this paragraph includes conclusions of law, no response is required, and accordingly said averments are denied.

40.    Denied. The Trustee answers that the Trustee is without knowledge or information sufficient to form a belief as to the allegations in this paragraph, and accordingly said averments are denied.

41.    Denied. The Trustee answers that the Trustee is without knowledge or information sufficient to form a belief as to the allegations in this paragraph, and accordingly said averments are denied.

42.    Denied. The Trustee answers that the Trustee is without knowledge or information sufficient to form a belief as to the allegations in this paragraph, and accordingly said averments are denied.

43.    Denied. The Trustee answers that the Trustee is without knowledge or information sufficient to form a belief as to the allegations in this paragraph, and accordingly said averments are denied.

44.    Denied. The Trustee answers that the Trustee is without knowledge or information sufficient to form a belief as to the allegations in this paragraph, and accordingly said averments are denied.

45.    Denied. The Trustee answers that the Trustee is without knowledge or information sufficient to form a belief as to the allegations in this paragraph, and accordingly said averments are denied.

46.    Denied. The Trustee answers that the Trustee is without knowledge or information sufficient to form a belief as to the allegations in this paragraph, and accordingly said averments are denied.

LEGAL\78396174\3 6010823/00617521

47.     Denied. The Trustee answers that the Trustee is without knowledge or information sufficient to form a belief as to the allegations in this paragraph, and accordingly said averments are denied.

48.     Denied. The Trustee answers that the Trustee is without knowledge or information sufficient to form a belief as to the allegations in this paragraph, and accordingly said averments are denied.

49.     Denied. The Trustee answers that the Trustee is without knowledge or information sufficient to form a belief as to the allegations in this paragraph, and accordingly said averments are denied.

50.     Denied. The Trustee answers that the Trustee is without knowledge or information sufficient to form a belief as to the allegations in this paragraph, and accordingly said averments are denied.

51.     Denied. The Trustee answers that the Trustee is without knowledge or information sufficient to form a belief as to the allegations in this paragraph, and accordingly said averments are denied.

52.     Denied. The Trustee answers that the Trustee is without knowledge or information sufficient to form a belief as to the allegations in this paragraph, and accordingly said averments are denied.

53.     Denied. The Trustee answers that the Trustee is without knowledge or information sufficient to form a belief as to the allegations in this paragraph, and accordingly said averments are denied.

54.     Denied. The Trustee answers that the Trustee is without knowledge or information sufficient to form a belief as to the allegations in this paragraph, and accordingly said averments are denied.

55.     Denied. The Trustee answers that the Trustee is without knowledge or information sufficient to form a belief as to the allegations in this paragraph, and accordingly said averments are denied.

56.     Denied. The Trustee answers that the Trustee is without knowledge or information sufficient to form a belief as to the allegations in this paragraph, and accordingly said averments are denied.

57.     Denied. The Trustee answers that the Trustee is without knowledge or information sufficient to form a belief as to the allegations in this paragraph, and accordingly said averments are denied.

58.     Denied. The Trustee answers that the Trustee is without knowledge or information sufficient to form a belief as to the allegations in this paragraph, and accordingly said averments are denied.

59.     Admitted in part; denied in part.  Although the Trustee is without knowledge or information sufficient to form a belief as to what the Plaintiffs have been informed and/or believe, the Trustee admits that, on June 28, 2024, Chicken Soup for the Soul Entertainment, Inc. ("CSSE") and certain affiliated debtor entities (collectively, the "Debtors"), filed petitions under chapter 11 of the Bankruptcy Code in the U.S. Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), thereby commencing jointly administered bankruptcy cases under lead case no. 24-11442-TMH (the "Bankruptcy Cases").  With respect to the remaining allegations in this paragraph, the Trustee is without knowledge or information sufficient to form a belief as to such

11

allegations, and accordingly said averments are denied.  To the extent this paragraph includes conclusions of law, no response is required, and accordingly said averments are denied.

60.     Denied. The Trustee answers that the Trustee is without knowledge or information sufficient to form a belief as to the allegations in this paragraph, and accordingly said averments are denied.

61.     Denied. The Trustee answers that the Trustee is without knowledge or information sufficient to form a belief as to the allegations in this paragraph, and accordingly said averments are denied.

62.     Admitted in part; denied in part.  The Trustee admits that, on July 10, 2024, the Bankruptcy Court entered an *Order Converting Cases from Chapter 11 to Chapter 7 of the Bankruptcy Code and Granting Related Relief*, thereby converting the Bankruptcy Cases to chapter 7 of the Bankruptcy Code.  With respect to the remaining allegations in this paragraph, the Trustee is without knowledge or information sufficient to form a belief as to such allegations, and accordingly said averments are denied.

63.     Denied. The Trustee answers that the Trustee is without knowledge or information sufficient to form a belief as to the allegations in this paragraph, and accordingly said averments are denied.

64.     Denied. The Trustee answers that the Trustee is without knowledge or information sufficient to form a belief as to the allegations in this paragraph, and accordingly said averments are denied.

65.     Denied. The Trustee answers that the Trustee is without knowledge or information sufficient to form a belief as to the allegations in this paragraph, and accordingly said averments

LEGAL\78396174\3 6010823/00617521

are denied.  To the extent this paragraph includes conclusions of law, no response is required, and accordingly said averments are denied.

66.    Denied. The Trustee answers that the Trustee is without knowledge or information sufficient to form a belief as to the allegations in this paragraph, and accordingly said averments are denied.

67.    Denied. The Trustee answers that the Trustee is without knowledge or information sufficient to form a belief as to the allegations in this paragraph, and accordingly said averments are denied.

68.    Denied. The Trustee answers that the Trustee is without knowledge or information sufficient to form a belief as to the allegations in this paragraph, and accordingly said averments are denied.

69.    Denied.  This paragraph consists of conclusions of law, to which no response is required, and accordingly said averments are denied.  To the extent that this paragraph may be interpreted to consist of allegations of fact, the Trustee answers that the Trustee is without knowledge or information sufficient to form a belief as to such allegations, and accordingly said averments are denied.

70.    Denied. The Trustee answers that the Trustee is without knowledge or information sufficient to form a belief as to the allegations in this paragraph, and accordingly said averments are denied.

71.    Denied. The Trustee answers that the Trustee is without knowledge or information sufficient to form a belief as to the allegations in this paragraph, and accordingly said averments are denied.

LEGAL\78396174\3 6010823/00617521

72.     Denied. The Trustee answers that the Trustee is without knowledge or information sufficient to form a belief as to the allegations in this paragraph, and accordingly said averments are denied.

73.     Denied. The Trustee answers that the Trustee is without knowledge or information sufficient to form a belief as to the allegations in this paragraph, and accordingly said averments are denied.

## COUNT I - FRAUD

74.     The Trustee realleges and incorporates by reference all responses in all preceding paragraphs of this Answer.

75.     Denied. The Trustee answers that the Trustee is without knowledge or information sufficient to form a belief as to the allegations in this paragraph, and accordingly said averments are denied. To the extent this paragraph includes conclusions of law, no response is required, and accordingly said averments are denied.

76.     Denied. The Trustee answers that the Trustee is without knowledge or information sufficient to form a belief as to the allegations in this paragraph, and accordingly said averments are denied.

77.     Denied. The Trustee answers that the Trustee is without knowledge or information sufficient to form a belief as to the allegations in this paragraph, and accordingly said averments are denied.  To the extent this paragraph includes conclusions of law, no response is required, and accordingly said averments are denied.

78.     Denied. The Trustee answers that the Trustee is without knowledge or information sufficient to form a belief as to the allegations in this paragraph, and accordingly said averments are denied.

79.     Denied. The Trustee answers that the Trustee is without knowledge or information sufficient to form a belief as to the allegations in this paragraph, and accordingly said averments are denied.

80.     Denied. The Trustee answers that the Trustee is without knowledge or information sufficient to form a belief as to the allegations in this paragraph, and accordingly said averments are denied.

81.     Denied.

## COUNT II – CONVERSION

82.     The Trustee realleges and incorporates by reference all responses in all preceding paragraphs of this Answer.

83.     Denied.  This paragraph consists of conclusions of law, to which no response is required, and accordingly said averments are denied.  To the extent that this paragraph may be interpreted to consist of allegations of fact, the Trustee answers that the Trustee is without knowledge or information sufficient to form a belief as to such allegations, and accordingly said averments are denied.

84.     Denied. The Trustee answers that the Trustee is without knowledge or information sufficient to form a belief as to the allegations in this paragraph, and accordingly said averments are denied.

85.     Denied.  This paragraph consists of conclusions of law, to which no response is required, and accordingly said averments are denied.  To the extent that this paragraph may be interpreted to consist of allegations of fact, the Trustee answers that the Trustee is without knowledge or information sufficient to form a belief as to such allegations, and accordingly said averments are denied.

LEGAL\78396174\3 6010823/00617521

86.     Denied. The Trustee answers that the Trustee is without knowledge or information sufficient to form a belief as to the allegations in this paragraph, and accordingly said averments are denied.

87.     Denied. The Trustee answers that the Trustee is without knowledge or information sufficient to form a belief as to the allegations in this paragraph, and accordingly said averments are denied.  To the extent this paragraph includes conclusions of law, no response is required, and accordingly said averments are denied.

88.     Denied.  This paragraph consists of conclusions of law, to which no response is required, and accordingly said averments are denied.  To the extent that this paragraph may be interpreted to consist of allegations of fact, the Trustee answers that the Trustee is without knowledge or information sufficient to form a belief as to such allegations, and accordingly said averments are denied.

89.     Denied. The Trustee further answers that the Trustee is without knowledge or information sufficient to form a belief as to the allegations in this paragraph, and accordingly said averments are denied.  To the extent this paragraph includes conclusions of law, no response is required, and accordingly said averments are denied.

## COUNT III – FAILURE TO PAY WAGES

90.     The Trustee realleges and incorporates by reference all responses in all preceding paragraphs of this Answer.

91.     Denied.  This paragraph consists of conclusions of law, to which no response is required, and accordingly said averments are denied.  To the extent that this paragraph may be interpreted to consist of allegations of fact, the Trustee answers that the Trustee is without

16

knowledge or information sufficient to form a belief as to such allegations, and accordingly said averments are denied.

92.     Denied.  The Trustee answers that the Trustee is without knowledge or information sufficient to form a belief as to the allegations in this paragraph, and accordingly said averments are denied.

93.     Denied.  This paragraph consists of conclusions of law, to which no response is required, and accordingly said averments are denied.  To the extent that this paragraph may be interpreted to consist of allegations of fact, the Trustee answers that the Trustee is without knowledge or information sufficient to form a belief as to such allegations, and accordingly said averments are denied.

94.     Denied. The Trustee realleges and incorporates by reference all responses in all preceding paragraphs.

95.     Denied. Answering further, the Trustee is without knowledge or information sufficient to form a belief as to the allegations in this paragraph, and accordingly said averments are denied.  To the extent this paragraph includes conclusions of law, no response is required, and accordingly said averments are denied.

## COUNT IV – FAILURE TO TIMELY PAY WAGES

96.     The Trustee realleges and incorporates by reference all responses in all preceding paragraphs of this Answer.

97.     Denied. The Trustee answers that the Trustee is without knowledge or information sufficient to form a belief as to the allegations in this paragraph, and accordingly said averments are denied.  To the extent this paragraph includes conclusions of law, no response is required, and accordingly said averments are denied.

98.     Denied. Answering further, the Trustee is without knowledge or information sufficient to form a belief as to the allegations in this paragraph, and accordingly said averments are denied.  To the extent this paragraph includes conclusions of law, no response is required, and accordingly said averments are denied.

## COUNT V – VIOLATION OF LABOR CODE SECTION 221, ET SEQ.

99.     The Trustee realleges and incorporates by reference all responses in all preceding paragraphs of this Answer.

100.     Denied.  The Trustee answers that the Trustee is without knowledge or information sufficient to form a belief as to the allegations in this paragraph, and accordingly said averments are denied.  To the extent this paragraph includes conclusions of law, no response is required, and accordingly said averments are denied.

101.     Denied. The Trustee answers that the Trustee is without knowledge or information sufficient to form a belief as to the allegations in this paragraph, and accordingly said averments are denied.

102.     Denied. Answering further, the Trustee is without knowledge or information sufficient to form a belief as to the allegations in this paragraph, and accordingly said averments are denied.  To the extent this paragraph includes conclusions of law, no response is required, and accordingly said averments are denied.

## COUNT VI – FAILURE TO REIMBURSE EXPENSES IN VIOLATION OF CALIFORNIA LABOR CODE SECTION 2802

103.     The Trustee realleges and incorporates by reference all responses in all preceding paragraphs of this Answer.

104.     Denied.  This paragraph consists of conclusions of law, to which no response is required, and accordingly said averments are denied.  To the extent that this paragraph may be

interpreted to consist of allegations of fact, the Trustee answers that the Trustee is without knowledge or information sufficient to form a belief as to such allegations, and accordingly said averments are denied.

105.    Denied. The Trustee answers that the Trustee is without knowledge or information sufficient to form a belief as to the allegations in this paragraph, and accordingly said averments are denied.

106.    Denied. Answering further, the Trustee is without knowledge or information sufficient to form a belief as to the allegations in this paragraph, and accordingly said averments are denied.  To the extent this paragraph includes conclusions of law, no response is required, and accordingly said averments are denied.

## COUNT VII – FAILURE TO PROVIDE ACCURATE WAGE STATEMENTS IN VIOLATION OF CALIFORNIA LABOR CODE 226(A)

107.    The Trustee realleges and incorporates by reference all responses in all preceding paragraphs of this Answer.

108.    Denied.  This paragraph consists of conclusions of law, to which no response is required, and accordingly said averments are denied.

109.    Denied. The Trustee answers that the Trustee is without knowledge or information sufficient to form a belief as to the allegations in this paragraph, and accordingly said averments are denied.

110.    Denied. Answering further, the Trustee is without knowledge or information sufficient to form a belief as to the allegations in this paragraph, and accordingly said averments are denied.  To the extent this paragraph includes conclusions of law, no response is required, and accordingly said averments are denied.

LEGAL\78396174\3 6010823/00617521

## COUNT VIII – FAILURE TO PAY WAGES AT TIME OF TERMINATION
## (CALIFORNIA LABOR CODE §§ 201-203)

111.    The Trustee realleges and incorporates by reference all responses in all preceding paragraphs of this Answer.

112.    Denied.  This paragraph consists of conclusions of law, to which no response is required, and accordingly said averments are denied.

113.    Denied.  The Trustee answers that the Trustee is without knowledge or information sufficient to form a belief as to the allegations in this paragraph, and accordingly said averments are denied.  To the extent this paragraph includes conclusions of law, no response is required, and accordingly said averments are denied.

114.    Denied.  The Trustee answers that the Trustee is without knowledge or information sufficient to form a belief as to the allegations in this paragraph, and accordingly said averments are denied.

115.    Denied. Answering further, the Trustee is without knowledge or information sufficient to form a belief as to the allegations in this paragraph, and accordingly said averments are denied.  To the extent this paragraph includes conclusions of law, no response is required, and accordingly said averments are denied.

## COUNT IX – VIOLATION OF THE FAIR LABOR STANDARDS ACT

116.    The Trustee realleges and incorporates by reference all responses in all preceding paragraphs of this Answer.

117.    Denied.  This paragraph consists of conclusions of law, to which no response is required, and accordingly said averments are denied.

118.    Denied.  This paragraph consists of conclusions of law, to which no response is required, and accordingly said averments are denied.  To the extent that this paragraph may be

20

interpreted to consist of allegations of fact, the Trustee answers that the Trustee is without knowledge or information sufficient to form a belief as to such allegations, and accordingly said averments are denied.

119.    Denied.  The Trustee answers that the Trustee is without knowledge or information sufficient to form a belief as to the allegations in this paragraph, and accordingly said averments are denied.  To the extent this paragraph includes conclusions of law, no response is required, and accordingly said averments are denied.

120.    Denied.  The Trustee answers that the Trustee is without knowledge or information sufficient to form a belief as to the allegations in this paragraph, and accordingly said averments are denied.  To the extent this paragraph includes conclusions of law, no response is required, and accordingly said averments are denied.

121.    Denied.  The Trustee answers that the Trustee is without knowledge or information sufficient to form a belief as to the allegations in this paragraph, and accordingly said averments are denied.  To the extent this paragraph includes conclusions of law, no response is required, and accordingly said averments are denied.

122.    Denied.  The Trustee answers that the Trustee is without knowledge or information sufficient to form a belief as to the allegations in this paragraph, and accordingly said averments are denied.  To the extent this paragraph includes conclusions of law, no response is required, and accordingly said averments are denied.

123.    Denied. Answering further, the Trustee is without knowledge or information sufficient to form a belief as to the allegations in this paragraph, and accordingly said averments are denied.  To the extent this paragraph includes conclusions of law, no response is required, and accordingly said averments are denied.

124.   Denied.  The Trustee answers that the Trustee is without knowledge or information sufficient to form a belief as to the allegations in this paragraph, and accordingly said averments are denied.  To the extent this paragraph includes conclusions of law, no response is required, and accordingly said averments are denied.  To the extent that this paragraph characterizes the Complaint, the Trustee responds that the Complaint is a document that speaks for itself, and any such characterization is denied to the extent that it is superseded by the language of the Complaint.

125.   Denied. Answering further, the Trustee is without knowledge or information sufficient to form a belief as to the allegations in this paragraph, and accordingly said averments are denied.  To the extent this paragraph includes conclusions of law, no response is required, and accordingly said averments are denied.

## First Affirmative Defense

The Complaint fails to state a claim upon which relief can be granted.

## Second Affirmative Defense

The Plaintiff cannot satisfy the requirements for class certification.

## Third Affirmative Defense

The Plaintiff and the members of the purported class have failed to mitigate their damages, if any.

## Fourth Affirmative Defense

The Plaintiff and the members of the purported class have failed to exhaust administrative remedies.

## Fifth Affirmative Defense

The claims in the Complaint are barred pursuant to 11 U.S.C. § 502(d), to the extent that the Plaintiff or any members of the purported class hold property that is recoverable under section

542, 543, 550, or 553 of the Bankruptcy Code or that is a transferee of a transfer avoidable under section 522(f), 522(h), 544, 545, 547, 548, 549, or 724(a) of the Bankruptcy Code.

### Sixth Affirmative Defense

The causes of action in the Complaint are outside of the scope of Part VII of the Federal Rules of Bankruptcy Procedure, and, accordingly, the Plaintiff's sole recourse against the Debtors is to file proofs of claim (or a single class claim) against the Debtors' estates.

### Seventh Affirmative Defense

The causes of action in the Complaint are duplicative of the proofs of claim filed by the Plaintiffs against the Debtors' estates.

### Eighth Affirmative Defense

The Trustee disputes that the Complaint may be certified as a class action pursuant to Rule 23 of the Federal Rules of Civil Procedure.

The Trustee is still investigating the allegations made in the Complaint and reserves the right to supplement any of his defenses, and/or assert any other defenses, including but not limited to the defenses enumerated in Federal Rule of Civil Procedure 8(c)(1), based on facts obtained through investigation or discovery, and accordingly, reserves the right to amend and/or supplement this Answer.

WHEREFORE, the Trustee respectfully requests that the Court enter an Order denying all relief sought by the Plaintiff, dismissing the Complaint with prejudice, and awarding such other and further relief as the Court may deem appropriate.

Dated:  June 16, 2025                         COZEN O'CONNOR

                                              /s/ *John T. Carroll, III*
                                              John T. Carroll, III (No. 4060)
                                              Simon E. Fraser (No. 5335)
                                              1201 N. Market Street, Suite 1001
                                              Wilmington, DE 19801
                                              Tel: (302) 295-2000
                                              Fax:  (302) 295-2013
                                              jcarroll@cozen.com
                                              sfraser@cozen.com

                                              *Counsel to George L. Miller, Chapter 7 Trustee*