# EXHIBIT A

**Proposed Order**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CHICKEN SOUP FOR THE SOUL ENTERTAINMENT INC., *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 24-11442 (MFW)<br><br>(Jointly Administered) |
| BRIAN SKAJEM, LISA PAPATZIMAS, ERIN TUTTLE, DAVID ELLENDER, DARA COHEN, MATT LOZE, JESSICA STOECKELER, HEATHER BUNDY, CAREY CAMPBELL, KELLY BURKE HOPKINS, COURTNEY SMITH, on behalf of themselves and behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CHICKEN SOUP FOR THE SOUL ENTERTAINMENT, INC.; REDBOX AUTOMATED RETAIL, LLC; WILLIAM J. ROUHANA, JR., AMY L. NEWMARK, JOHN T. YOUNG, ROBERT H. WARSHAUER; BART SCHWARTZ, and DOES 1-500, inclusive,<br><br>Defendants. | Adv. Pro. No. 25-50128 (MFW) |

### ORDER GRANTING DEFENDANT WILLIAM J. ROUHANA, JR.'S MOTION TO DISMISS FIRST AMENDED COMPLAINT

UPON CONSIDERATION of *Defendant William J. Rouhana, Jr.'s Motion to Dismiss First Amended Complaint* ("Motion"); and the Court having reviewed the Motion and the

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number (where applicable), are: 757 Film Acquisition LLC (4300); Chicken Soup for the Soul Entertainment Inc. (0811); Chicken Soup for the Soul Studios, LLC (9993); Chicken Soup for the Soul Television Group, LLC; Crackle Plus, LLC (9379); CSS AVOD Inc. (4038); CSSESIG, LLC (7150); Digital Media Enterprises LLC; Halcyon Studios, LLC (3312); Halcyon Television, LLC (9873); Landmark Studio Group LLC (3671); Locomotive Global, Inc. (2094); Pivotshare, Inc. (2165); RB Second Merger Sub LLC (0754); Redbox Automated Retail, LLC (0436); Redbox Entertainment, LLC (7085); Redbox Holdings, LLC (7338); Redbox Incentives LLC (1123); Redwood Intermediate, LLC (2733); Screen Media Films, LLC; Screen Media Ventures, LLC (2466); and TOFG LLC (0508).

accompanying Supporting Brief;[2] and the responses and replies, if any; and the Court having held a hearing on the Motion and having considered the arguments made by counsel for the parties; and the Court having determined that the legal and factual bases set forth in the Motion and Supporting Brief thereto establish just cause for the relief granted in the Motion; and after due deliberation and sufficient cause appearing therefor, IT IS HEREBY ORDERED that:

1. The Motion is granted.

2. The First Amended Complaint against Mr. Rouhana is dismissed with prejudice.

3. This Court shall retain jurisdiction with respect to all matters arising from or relating to the implementation of this Order.

---

[2] Capitalized terms used herein but not defined are ascribed the definitions given to them in the Motion.