## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| CHICKEN SOUP FOR THE SOUL ENTERTAINMENT INC., *et al.*,[1] | Case No. 24-11442 (MFW) |
| Debtors. | (Jointly Administered) |
| BRIAN SKAJEM, LISA PAPATZIMAS, ERIN TUTTLE, DAVID ELLENDER, DARA COHEN, MATT LOZE, JESSICA STOECKELER, HEATHER BUNDY, CAREY CAMPBELL, KELLY BURKE HOPKINS, COURTNEY SMITH, on behalf of themselves and behalf of all others similarly situated, | Adv. Pro. No. 25-50128 (MFW) |
| Plaintiffs, | |
| v. | |
| CHICKEN SOUP FOR THE SOUL ENTERTAINMENT, INC.; REDBOX AUTOMATED RETAIL, LLC; WILLIAM J. ROUHANA, JR., AMY L. NEWMARK, JOHN T. YOUNG, ROBERT H. WARSHAUER; BART SCHWARTZ, and DOES 1-500, inclusive, | |
| Defendants. | |

## DEFENDANT AMY L. NEWMARK'S
## MOTION TO DISMISS FIRST AMENDED COMPLAINT

Pursuant to Federal Rules of Civil Procedure 8, 9(b), and 12(b)(6), made applicable to

this adversary proceeding ("Adversary Proceeding"), by Federal Rules of Bankruptcy Procedure

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number (where applicable), are: 757 Film Acquisition LLC (4300); Chicken Soup for the Soul Entertainment Inc. (0811); Chicken Soup for the Soul Studios, LLC (9993); Chicken Soup for the Soul Television Group, LLC; Crackle Plus, LLC (9379); CSS AVOD Inc. (4038); CSSESIG, LLC (7150); Digital Media Enterprises LLC; Halcyon Studios, LLC (3312); Halcyon Television, LLC (9873); Landmark Studio Group LLC (3671); Locomotive Global, Inc. (2094); Pivotshare, Inc. (2165); RB Second Merger Sub LLC (0754); Redbox Automated Retail, LLC (0436); Redbox Entertainment, LLC (7085); Redbox Holdings, LLC (7338); Redbox Incentives LLC (1123); Redwood Intermediate, LLC (2733); Screen Media Films, LLC; Screen Media Ventures, LLC (2466); and TOFG LLC (0508).

7008, 7009, and 7012, Amy L. Newmark ("Ms. Newmark"), by and through his undersigned counsel, hereby respectfully moves the Court for entry of an order, substantially in the form attached hereto as **Exhibit A**, dismissing with prejudice all claims against her in the First Amended Complaint (D.I. 30) ("FAC"), filed in this Adversary Proceeding.  To the extent any claims survive (and they should not), Ms. Newmark also respectfully requests that the Court disallow the putative class claim, and/or grant such other and further relief as the Court deems just and appropriate.

In support of this Motion to Dismiss, Ms. Newmark has contemporaneously filed, and incorporates herein by reference, the Brief in Support of Defendant Amy L. Newmark's Motion to Dismiss First Amended Complaint ("Supporting Brief").

## LOCAL RULE 7012-1 STATEMENT

Pursuant to Rule 7012-1 of the Local Rules for the United States Bankruptcy Court for the District of Delaware, Ms. Newmark does not consent to the entry of a final order or judgment by the Court in this Adversary Proceeding if it is determined that the Court, absent consent of the parties, cannot enter a final order or judgment consistent with Article III of the United States Constitution.

WHEREFORE, for all the reasons set forth herein and in the accompanying Supporting Brief, Ms. Newmark respectfully requests that the Court enter an order, substantially in the form attached hereto granting the Motion to Dismiss, and dismissing all claims against her in the FAC with prejudice.  To the extent any claims survive (and they should not), Ms. Newmark also respectfully requests that the Court enter an order disallowing the putative class claim, and/or granting such other and further relief as the Court deems just and appropriate.

*[Remainder of page intentionally left blank]*

Dated: June 20, 2025
Wilmington, Delaware

**WOMBLE BOND DICKINSON (US) LLP**

*/s/ Donald J. Detweiler*
Donald J. Detweiler (DE Bar No. 3087)
1313 North Market Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 252-4320
Facsimile:  (302) 252-4330
Email: don.detweiler@wbd-us.com

Cathy A. Hinger (admitted *pro hac vice*)
Victoria A. Bruno (*pro hac vice* pending)
2001 K Street, NW
Suite 400 South
Washington, DC 20006
Telephone: (202) 467-6900
Facsimile:  (202) 467-6910
Email: cathy.hinger@wbd-us.com
        victoria.bruno@wbd-us.com

*Counsel to Defendant Amy L. Newmark*