# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CHICKEN SOUP FOR THE SOUL ENTERTAINMENT INC*., et al.,*[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 24-11442 (MFW)<br><br>(Jointly Administered) |
| BRIAN SKAJEM, LISA PAPATZIMAS, ERIN TUTTLE, DAVID ELLENDER, DARA COHEN, MATT LOZE, JESSICA STOECKELER, HEATHER BUNDY, CAREY CAMPBELL, KELLY BURKE HOPKINS, COURTNEY SMITH, on behalf of themselves and behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CHICKEN SOUP FOR THE SOUL ENTERTAINMENT, INC., REDBOX AUTOMATED RETAIL, LLC, WILLIAM J. ROUHANA, JR., AMY L. NEWMARK, JOHN T. YOUNG, ROBERT H. WARSHAUER, BART SCHWARTZ, and DOES 1-500, inclusive,<br><br>Defendants. | Adv. Pro. No. 24-50128 (MFW)<br><br><br><br>**Re: Adv. Pro. Nos. 35, 36, 43, 47 & 49** |

## DEFENDANT WILLIAM J. ROUHANA, JR.'S
## NOTICE OF COMPLETION OF BRIEFING

**PLEASE TAKE NOTICE** that briefing is complete on *Defendant William J. Rouhana Jr.'s Motion to Dismiss First Amended Complaint* [Adv. Pro. No. 35] (the "Motion to Dismiss").

---

[1] Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number (where applicable), are: 757 Film Acquisition LLC (4300); Chicken Soup for the Soul Entertainment Inc. (0811); Chicken Soup for the Soul Studios, LLC (9993); Chicken Soup for the Soul Television Group, LLC; Crackle Plus, LLC (9379); CSS AVOD Inc. (4038); CSSESIG, LLC (7150); Digital Media Enterprises LLC; Halcyon Studios, LLC (3312); Halcyon Television, LLC (9873); Landmark Studio Group LLC (3671); Locomotive Global, Inc. (2094); Pivotshare, Inc. (2165); RB Second Merger Sub LLC (0754); Redbox Automated Retail, LLC (0436); Redbox Entertainment, LLC (7085); Redbox Holdings, LLC (7338); Redbox Incentives LLC (1123); Redwood Intermediate, LLC (2733); Screen Media Films, LLC; Screen Media Ventures, LLC (2466); and TOFG LLC (0508).

**PLEASE TAKE FURTHER NOTICE** that the following papers have been filed in connection to the Motion to Dismiss.

| TAB | BRIEFING AND OTHER PAPERS | D.I. NO. |
|---|---|---|
| 1. | Defendant William J. Rouhana Jr.'s Motion to Dismiss First Amended Complaint | 35 |
| 2. | Defendant William J. Rouhana Jr.'s Opening Brief in Support of Motion to Dismiss First Amended Complaint | 36 |
| 3. | Plaintiffs' Brief in Opposition to the Motion of Defendant Rouhana to Dismiss Amended Complaint | 43 |
| 4. | Defendant William J. Rouhana Jr.'s Reply Brief in Support of Motion to Dismiss First Amended Complaint | 47 |
| 5. | Defendant William J. Rouhana, Jr.'s Request for Oral Argument | 49 |

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Del. Bankr. L.R. 7007-4, an electronic binder and two physical binders containing copies of this Notice of Completion of Briefing and the papers identified will be delivered to the Chambers of The Honorable Mary F. Walrath.

*[Signature Page to Follow]*

| | |
|---|---|
| July 21, 2025<br>Wilmington, Delaware | **WOMBLE BOND DICKINSON (US) LLP**<br><br>*/s/ Donald J. Detweiler*<br>Donald J. Detweiler (DE Bar No. 3087)<br>1313 N. Market Street, Suite 1200<br>Wilmington, DE 19801<br>Telephone: (302) 252-4320<br>Facsimile: (302) 252-4330<br>Email: don.detweiler@wbd-us.com<br><br>-and-<br><br>Cathy A. Hinger (admitted *pro hac vice*)<br>Victoria A. Bruno (admitted *pro hac vice*)<br>2001 K Street, NW<br>Suite 400 South<br>Washington, D.C. 20006<br>Telephone: (202) 467-6900<br>Facsimile: (202) 467-6910<br>Email: cathy.hinger@wbd-us.com<br>Email: victoria.bruno@wbd-us.com<br><br>*Counsel for Defendant William J. Rouhana, Jr.* |