# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> CHICKEN SOUP FOR THE SOUL ENTERTAINMENT, INC., *et al.*[1], <br><br> Debtors. | Chapter 7 <br><br> Case No. 24-11442 (MFW) <br><br> (Jointly Administered) |
| BRIAN SKAJEM, LISA PAPATZIMAS, ERIN TUTTLE, DAVID ELLENDER, DARA COHEN, MATT LOZE, JESSICA STOECKELER, HEATHER BUNDY, CAREY CAMPBELL, KELLY BURKE HOPKINS, COURTNEY SMITH, on behalf of themselves and behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> CHICKEN SOUP FOR THE SOUL ENTERTAINMENT, INC.; REDBOX AUTOMATED RETAIL, LLC; WILLIAM J. ROUHANA, JR., AMY NEWMARK, JOHN T. YOUNG, ROBERT H. WARSHAUER, BART SCHWARTZ, and DOES 1-500, inclusive, <br><br> Defendants. | Adv. Pro. No. 24-50128 (MFW) <br><br> **Re: Adv. D.I. 30** |

## STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT BART SCHWARTZ TO RESPOND TO FIRST AMENDED COMPLAINT

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number (where applicable), are: 757 Film Acquisition LLC (4300); Chicken Soup for the Soul Entertainment Inc. (0811); Chicken Soup for the Soul Studios, LLC (9993); Chicken Soup for the Soul Television Group, LLC; Crackle Plus, LLC (9379); CSS AVOD Inc. (4038); CSSESIG, LLC (7150); Digital Media Enterprises LLC; Halcyon Studios, LLC (3312); Halcyon Television, LLC (9873); Landmark Studio Group LLC (3671); Locomotive Global, Inc. (2094); Pivotshare, Inc. (2165); RB Second Merger Sub LLC (0754); Redbox Automated Retail, LLC (0436); Redbox Entertainment, LLC (7085); Redbox Holdings, LLC (7338); Redbox Incentives LLC (1123); Redwood Intermediate, LLC (2733); Screen Media Films, LLC; Screen Media Ventures, LLC (2466); and TOFG LLC (0508). The Debtors' corporate headquarters and service address is 132 East Putnam Avenue, Floor 2W, Cos Cob, CT 06807.

WHEREAS, on May 8, 2025, Plaintiffs Brian Skajem, Lisa Papatzimas, Erin Tuttle, David Ellender, Dara Cohen, Matt Loze, Jessica Stoeckeler, Heather Bundy, Carey Campbell, Kelly Burke Hopkins, and Courtney Smith ("Plaintiffs") commenced the above-captioned adversary proceeding against Defendant Bart Schwartz ("Mr. Schwartz") by filing the First Amended Complaint [Adv. D.I. 30] (the "First Amended Complaint") against him and Defendants Chicken Soup for the Soul Entertainment, Inc.; Redbox Automated Retail, LLC, William J. Rouhana, Jr., Amy Newmark, Robert H. Warshauer, Bart Schwartz, and Does 1-500); and

WHEREAS, on May 20, 2025, the Summons and Notice of Pretrial Conference in an Adversary Proceeding [Adv. D.I. 31] (the "Summons") was issued; and

WHEREAS, on May 20, 2025, Plaintiffs transmitted the First Amended Complaint and Summons by first-class mail [Adv. D.I. 31-2]; and

WHEREAS, on June 12, 2025, counsel for Plaintiffs and counsel for Mr. Schwartz spoke and counsel for Mr. Schwartz agreed to accept service of the First Amended Complaint and Summons; and

WHEREAS the deadline for Mr. Schwartz to respond to the First Amended Complaint was July 11, 2025; and

WHEREAS Plaintiffs and Mr. Schwartz (the "Parties") conferred and agreed to extend the time for Mr. Schwartz to answer, move, or otherwise respond to the First Amended Complaint to August 15, 2025;

WHEREAS the Parties have conferred and agree, as set forth herein, to extend the time for Mr. Schwartz to answer, move, or otherwise respond to the First Amended Complaint through and including September 12, 2025;

NOW, THEREFORE, in consideration of the foregoing, the Parties hereby stipulate and agree, as follows:

1. The time for Mr. Schwartz to answer, move, or otherwise respond to the First Amended Complaint is extended through and including September 12, 2025.

2. This Stipulation is without prejudice to the rights of the Plaintiffs, Mr. Schwartz, and any other Defendant to seek further extensions as appropriate.

Dated: August 14, 2025

| **MINTZ & GOLD LLP** | **MORRIS JAMES LLP** |
|---|---|
| */s/ Barry M. Kazan* <br> Barry M. Kazan, Esq. <br> Mintz & Gold LLP <br> 600 Third Avenue, 25th Floor <br> New York, New York 10016 <br> kazan@mintzandgold.com <br><br> *Counsel to Defendant Bart Schwartz* | */s/ Tara C. Pakrouh* <br> Eric J. Monzo (DE Bar No. 5214) <br> Tara C. Pakrouh (DE Bar No. 6192) <br> Cortlan S. Hitch (DE Bar No. 6720) <br> Siena B. Cerra (DE Bar No. 7290) <br> 500 Delaware Avenue, Suite 1500 <br> Wilmington, DE 19801 <br> Telephone: (302) 888-6800 <br> Facsimile: (302) 571-1750 <br> E-mail: emonzo@morrisjames.com <br>        tpakrouh@morrisjames.com <br>        chitch@morrisjames.com <br>        scerra@morrisjames.com <br><br> -and- <br><br> **ALDERLAW, PC** <br> Michael Alder (CA Bar No. 170381) <br> Elana R. Levine, Esq. (CA Bar No. 234155) <br> (admitted *pro hac vice*) <br> 12800 Riverside Drive, Second Floor <br> Valley Village, CA 91607 <br> Telephone: (310) 275-9131 <br> Facsimile: (310) 275-9132 <br> E-mail: cmalder@alderlaw.com <br>        llevine@alderlaw.com <br>        mbrown@alderlaw.com <br><br> *Counsel to Plaintiffs and the Proposed Class* |

17483113/1