## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CHICKEN SOUP FOR THE SOUL<br>ENTERTAINMENT, INC., *et al.*[1],<br><br>        Debtors. | Chapter 7<br><br>Case No. 24-11442 (MFW)<br><br>(Jointly Administered) |
| BRIAN SKAJEM, LISA PAPATZIMAS, ERIN TUTTLE, DAVID ELLENDER, DARA COHEN, MATT LOZE, JESSICA STOECKELER, HEATHER BUNDY, CAREY CAMPBELL, KELLY BURKE HOPKINS, COURTNEY SMITH, on behalf of themselves and behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>        v.<br><br>CHICKEN SOUP FOR THE SOUL ENTERTAINMENT, INC.; REDBOX AUTOMATED RETAIL, LLC; WILLIAM J. ROUHANA, JR., AMY NEWMARK, JOHN T. YOUNG, ROBERT H. WARSHAUER, BART SCHWARTZ, and DOES 1-500, inclusive,<br><br>        Defendants. | Adv. Pro. No. 24-50128 (MFW)<br><br>**Re: Adv. D.I. 30** |

### STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT BART SCHWARTZ TO RESPOND TO FIRST AMENDED COMPLAINT AND PROPOSED SCHEDULE

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number (where applicable), are: 757 Film Acquisition LLC (4300); Chicken Soup for the Soul Entertainment Inc. (0811); Chicken Soup for the Soul Studios, LLC (9993); Chicken Soup for the Soul Television Group, LLC; Crackle Plus, LLC (9379); CSS AVOD Inc. (4038); CSSESIG, LLC (7150); Digital Media Enterprises LLC; Halcyon Studios, LLC (3312); Halcyon Television, LLC (9873); Landmark Studio Group LLC (3671); Locomotive Global, Inc. (2094); Pivotshare, Inc. (2165); RB Second Merger Sub LLC (0754); Redbox Automated Retail, LLC (0436); Redbox Entertainment, LLC (7085); Redbox Holdings, LLC (7338); Redbox Incentives LLC (1123); Redwood Intermediate, LLC (2733); Screen Media Films, LLC; Screen Media Ventures, LLC (2466); and TOFG LLC (0508). The Debtors' corporate headquarters and service address is 132 East Putnam Avenue, Floor 2W, Cos Cob, CT 06807.

WHEREAS, on May 8, 2025, Plaintiffs Brian Skajem, Lisa Papatzimas, Erin Tuttle, David Ellender, Dara Cohen, Matt Loze, Jessica Stoeckeler, Heather Bundy, Carey Campbell, Kelly Burke Hopkins, and Courtney Smith ("Plaintiffs") commenced the above-captioned adversary proceeding against Defendant Bart Schwartz ("Mr. Schwartz") by filing the First Amended Complaint [Adv. D.I. 30] (the "First Amended Complaint") against him and Defendants Chicken Soup for the Soul Entertainment, Inc.; Redbox Automated Retail, LLC, William J. Rouhana, Jr., Amy Newmark, Robert H. Warshauer, Bart Schwartz, and Does 1-500); and

WHEREAS, on May 20, 2025, the Summons and Notice of Pretrial Conference in an Adversary Proceeding [Adv. D.I. 31] (the "Summons") was issued; and

WHEREAS, on May 20, 2025, Plaintiffs transmitted the First Amended Complaint and Summons by first-class mail [Adv. D.I. 31-2]; and

WHEREAS, on June 12, 2025, counsel for Plaintiffs and counsel for Mr. Schwartz spoke and counsel for Mr. Schwartz agreed to accept service of the First Amended Complaint and Summons; and

WHEREAS the deadline for Mr. Schwartz to respond to the First Amended Complaint was July 11, 2025; and

WHEREAS Plaintiffs and Mr. Schwartz (the "Parties") conferred and agreed to extend the time for Mr. Schwartz to answer, move, or otherwise respond to the First Amended Complaint to August 15, 2025;

WHEREAS the Parties conferred and agreed to extend the time for Mr. Schwartz to answer, move, or otherwise respond to the First Amended Complaint to September 12, 2025;

WHEREAS, the Parties conferred and agreed to extend the time for Mr. Schwartz to answer, move, or otherwise respond to the First Amended Complaint to October 14, 2025;

WHEREAS, the Parties have conferred and agreed, as set forth herein, to extend the time for Mr. Schwartz to answer, move, or otherwise respond to the First Amended Complaint through and including October 17, 2025;

WHEREAS, the Parties have conferred and agreed, as set forth herein, to a briefing schedule on Mr. Schwartz's anticipated motion to dismiss.

NOW, THEREFORE, in consideration of the foregoing, the Parties hereby stipulate and agree, subject to Court approval, as follows:

1.     The time for Mr. Schwartz to answer, move, or otherwise respond to the First Amended Complaint is extended through and including October 17, 2025.

2.     In the event that Mr. Schwartz files a Motion to Dismiss, Plaintiffs' opposition to the Motion to Dismiss will be due on or before November 20, 2025 and Mr. Schwartz's reply in support of his Motion to Dismiss will be due on or before December 15, 2025.

3.     This Stipulation is without prejudice to the rights of the Plaintiffs, Mr. Schwartz, and any other Defendant to seek further extensions as appropriate.

Dated: October 14, 2025

**HOGAN MCDANIEL**

*/s/ Daniel Kerrick*
Daniel Kerrick (DE Bar No. 5027)
1331 Delaware Avenue
Wilmington, DE 19806
Telephone: (302) 656-7540
Facsimile: (302) 656-7599
E-mail: dckerrick@dkhogan.com

 -and-

**MORRIS JAMES LLP**

*/s/ Tara C. Pakrouh*
Eric J. Monzo (DE Bar No. 5214)
Tara C. Pakrouh (DE Bar No. 6192)
Cortlan S. Hitch (DE Bar No. 6720)
Siena B. Cerra (DE Bar No. 7290)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail: emonzo@morrisjames.com

3

**MINTZ & GOLD LLP**

*/s/ Barry M. Kazan*
Barry M. Kazan, Esq.
(*pro hac vice* to be filed)
600 Third Avenue, 25th Floor
New York, New York 10016
Telephone: (212) 696-4848
Facsimile: (212) 696-1234
E-mail: kazan@mintzandgold.com

*Counsel to Defendant Bart Schwartz*

tpakrouh@morrisjames.com
chitch@morrisjames.com
scerra@morrisjames.com

-and-

**ALDERLAW, PC**
Michael Alder (CA Bar No. 170381)
Elana R. Levine, Esq. (CA Bar No. 234155)
(admitted *pro hac vice*)
12800 Riverside Drive, Second Floor
Valley Village, CA 91607
Telephone: (310) 275-9131
Facsimile: (310) 275-9132
E-mail: cmalder@alderlaw.com
          llevine@alderlaw.com
          mbrown@alderlaw.com

*Counsel to Plaintiffs and the Proposed Class*