# UNITED STATES BANKRUPTCY COURT
## District of Delaware
## 824 Market Street, 3rd Floor
## Wilmington, DE 19801

| | | |
|---|---|---|
| **In Re:** | ) | Bankruptcy Case No.: 24−11442−MFW |
| Chicken Soup for the Soul Entertainment, Inc. | ) | Bankruptcy Chapter:  7 |
|     Debtor | ) | |
| _____ | ) | |
| Brian Skajem | ) | |
| | ) | |
|     Plaintiff | ) | Adv. Proc. No.:  24−50128−MFW |
|     vs. | ) | |
| Chicken Soup for the Soul Entertainment, Inc. et al | ) | |
|     Defendant | ) | |

### ORDER SETTING STATUS CONFERENCE

IT IS ORDERED that a Status Conference will be held on 11/12/25, at 02:00 PM in the United States Bankruptcy Court, 824 Market Street, 5th Floor, Courtroom #4, Wilmington, DE 19801. All parties are directed to attend either in person or virtually.

 Plaintiff's Counsel is required to attend the hearing.

 Defendant and/or Defendant's Counsel is required to attend the hearing.

Date:  10/30/25

Mary F. Walrath
Bankruptcy Judge

(VAN−460a)