# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re:** | Chapter 7 |
| **CHICKEN SOUP FOR THE SOUL ENTERTAINMENT, INC.**, *et al.*, | Case No. 24-11442 (MFW) |
| | **(Jointly Administered)** |
| Debtors[1] | |
| **BRIAN SKAJEM, LISA PAPATZIMAS, ERIN TUTTLE, DAVID ELLENDER, DARA COHEN, MATT LOZE, JESSICA STOECKELER, HEATHER BUNDY, CAREY CAMPBELL, KELLY BURKE HOPKINS, COURTNEY SMITH,** on behalf of themselves and behalf of all others similarly situated, | Adv. Proc. No. 24-50128 |
| Plaintiffs, | |
| v. | |
| **CHICKEN SOUP FOR THE SOUL ENTERTAINMENT, INC.; REDBOX AUTOMATED RETAIL, LLC; WILLIAM J. ROUHANA, JR., AMY NEWMARK, JOHN T. YOUNG, ROBERT H. WARSHAUER, BART SCHWARTZ,** and **DOES 1-500**, inclusive, | |
| Defendants. | |

### DECLARATION OF NANCY H. TURNER
### IN CONNECTION WITH
### DEFENDANTS ROBERT H. WARSHAUER'S AND JOHN T. YOUNG, JR.'S
### MOTION TO DISMISS FIRST AMENDED COMPLAINT

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number (where applicable), are: 757 Film Acquisition LLC (4300); Chicken Soup for the Soul Entertainment Inc. (0811); Chicken Soup for the Soul Studios, LLC (9993); Chicken Soup for the Soul Television Group, LLC; Crackle Plus, LLC (9379); CSS A VOD Inc. (4038); CSSESIG, LLC (7150), Digital Media Enterprises LLC; Halcyon Studios, LLC (3312); Halcyon Television, LLC (9873); Landmark Studio Group LLC (3671); Locomotive Global, Inc. (2094); Pivotshare, Inc. (2165); RB Second Merger Sub LLC (0754); Redbox Automated Retail, LLC (0436); Redbox Entertainment, LLC (7085); Redbox Holdings, LLC (7338); Redbox Incentives LLC (1123); Redwood Intermediate, LLC (2733); Screen Media Films, LLC; Screen Media Ventures, LLC (2466); and TOFG LLC (0508). The Debtors' corporate headquarters and service address is 132 East Putnam Avenue, Floor 2W, Cos Cob, CT 06807.

1

I, Nancy H. Turner, declare and say as follows:

1.  I am a member of the Bar of the Commonwealth of Virginia and an attorney at Brown Rudnick LLP, counsel for defendants Robert H. Warshauer and John T. Young, Jr., in the above-captioned adversary proceeding.

2.  I make this Declaration in connection with Messrs. Warshauer's and Young's motion to dismiss the First Amended Complaint in that proceeding.

3.  Attached as **Exhibit A** is a true and correct copy of the cover page and pages 1-3 and 18-21 from the transcript of the November 5, 2024 deposition of Mr. Warshauer in *In re Chicken Soup for the Soul Entertainment, Inc.*, Case No. 24-11442 (MFW) (Bankr. D. Del.).

4.  Attached as **Exhibit B** is a true and correct copy of the cover page and pages 1-3 and 62-69 from the transcript of the November 5, 2024 deposition of Mr. Young in *In re Chicken Soup for the Soul Entertainment, Inc.*, Case No. 24-11442 (MFW) (Bankr. D. Del.).

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: Washington, D.C.
October 30, 2025

                                                             /s/ Nancy H. Turner
                                                              Nancy H. Turner