# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

| | | |
|---|---|---|
| **In Re:** | ) | Bankruptcy Case No.: 24–11442–MFW |
| Chicken Soup for the Soul Entertainment, Inc. | ) | Bankruptcy Chapter:  7 |
|     Debtor | ) | |
| _____ | ) | |
| Brian Skajem | ) | |
| | ) | |
|     Plaintiff | ) | Adv. Proc. No.:  24–50128–MFW |
|     vs. | ) | |
| Chicken Soup for the Soul Entertainment, Inc. et al | | |
|     Defendant | ) | |

### ORDER SETTING STATUS CONFERENCE

IT IS ORDERED that a Status Conference will be held on 11/12/25, at 02:00 PM in the United States Bankruptcy Court, 824 Market Street, 5th Floor, Courtroom #4, Wilmington, DE 19801. All parties are directed to attend either in person or virtually.

  Plaintiff's Counsel is required to attend the hearing.

  Defendant and/or Defendant's Counsel is required to attend the hearing.

Date:  10/30/25

                              Mary F. Walrath
                              Bankruptcy Judge

(VAN–460a)

United States Bankruptcy Court

District of Delaware

Skajem,

    Plaintiff

Chicken Soup for the Soul Entertainment,,

    Defendant

Adv. Proc. No. 24-50128-MFW

# CERTIFICATE OF NOTICE

| District/off: 0311-1 | User: admin | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Oct 30, 2025 | Form ID: van460a | Total Noticed: 5 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 01, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | Elana R Levine, AlderLaw, PC, 12800 Riverside Drive, 2nd Floor, Valley Village, CA 91607-3331 |
| aty | + | Michael Alder, AlderLaw, PC, 12800 Riverside Drive, 2nd Floor, Valley Village, CA 91607-3331 |
| aty | + | Victoria A bruno, Womble Bond Dickinson, 2001 K Street, NW, Suite 400 South, Washington, DC 20006-1040 |
| dft | + | Chicken Soup for the Soul Entertainment, Inc., 132 East Putnam Avenue, Floor 2W, Cos Cob, CT 06807-2744 |
| dft | + | Redbox Automated Retail, LLC, 132 East Putnam Avenue, Floor 2W, Cos Cob, CT 06807-2744 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| dft | | Does 1-500 |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2025        Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 30, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Cortlan S. Hitch | on behalf of Plaintiff Lisa Papatzimas chitch@morrisjames.com slisko@morrisjames.com;ddepta@morrisjames.com;joconnor@morrisjames.com |
| Cortlan S. Hitch | on behalf of Plaintiff David Ellender chitch@morrisjames.com |

District/off: 0311-1      User: admin      Page 2 of 4

Date Rcvd: Oct 30, 2025      Form ID: van460a      Total Noticed: 5

slisko@morrisjames.com;ddepta@morrisjames.com;joconnor@morrisjames.com

Cortlan S. Hitch

on behalf of Plaintiff Courtney Smith chitch@morrisjames.com
slisko@morrisjames.com;ddepta@morrisjames.com;joconnor@morrisjames.com

Cortlan S. Hitch

on behalf of Plaintiff Dara Cohen chitch@morrisjames.com
slisko@morrisjames.com;ddepta@morrisjames.com;joconnor@morrisjames.com

Cortlan S. Hitch

on behalf of Plaintiff Heather Bundy chitch@morrisjames.com
slisko@morrisjames.com;ddepta@morrisjames.com;joconnor@morrisjames.com

Cortlan S. Hitch

on behalf of Plaintiff Jessica Stoeckeler chitch@morrisjames.com
slisko@morrisjames.com;ddepta@morrisjames.com;joconnor@morrisjames.com

Cortlan S. Hitch

on behalf of Plaintiff Matt Loze chitch@morrisjames.com
slisko@morrisjames.com;ddepta@morrisjames.com;joconnor@morrisjames.com

Cortlan S. Hitch

on behalf of Plaintiff Erin Tuttle chitch@morrisjames.com
slisko@morrisjames.com;ddepta@morrisjames.com;joconnor@morrisjames.com

Cortlan S. Hitch

on behalf of Plaintiff Kelly Burke Hopkins chitch@morrisjames.com
slisko@morrisjames.com;ddepta@morrisjames.com;joconnor@morrisjames.com

Cortlan S. Hitch

on behalf of Plaintiff Brian Skajem chitch@morrisjames.com
slisko@morrisjames.com;ddepta@morrisjames.com;joconnor@morrisjames.com

Cortlan S. Hitch

on behalf of Plaintiff Carey Campbell chitch@morrisjames.com
slisko@morrisjames.com;ddepta@morrisjames.com;joconnor@morrisjames.com

Daniel C. Kerrick

on behalf of Defendant Bart Schwartz dckerrick@dkhogan.com kerry@dkhogan.com

Donald J. Detweiler

on behalf of Defendant Amy Newmark don.detweiler@wbd-us.com cindy.giobbe@wbd-us.com;nichole.wilcher@wbd-us.com

Donald J. Detweiler

on behalf of Defendant William J. Rouhana Jr. don.detweiler@wbd-us.com,
cindy.giobbe@wbd-us.com;nichole.wilcher@wbd-us.com

Emily Rae Mathews

on behalf of Defendant HPS Partners LLC mathews@rlf.com,
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Eric J. Monzo

on behalf of Plaintiff David Ellender emonzo@morrisjames.com
ddepta@morrisjames.com;slisko@morrisjames.com;joconnor@morrisjames.com;morrisjames@ecf.courtdrive.com

Eric J. Monzo

on behalf of Plaintiff Brian Skajem emonzo@morrisjames.com
ddepta@morrisjames.com;slisko@morrisjames.com;joconnor@morrisjames.com;morrisjames@ecf.courtdrive.com

Eric J. Monzo

on behalf of Plaintiff Heather Bundy emonzo@morrisjames.com
ddepta@morrisjames.com;slisko@morrisjames.com;joconnor@morrisjames.com;morrisjames@ecf.courtdrive.com

Eric J. Monzo

on behalf of Plaintiff Matt Loze emonzo@morrisjames.com
ddepta@morrisjames.com;slisko@morrisjames.com;joconnor@morrisjames.com;morrisjames@ecf.courtdrive.com

Eric J. Monzo

on behalf of Plaintiff Dara Cohen emonzo@morrisjames.com
ddepta@morrisjames.com;slisko@morrisjames.com;joconnor@morrisjames.com;morrisjames@ecf.courtdrive.com

Eric J. Monzo

on behalf of Plaintiff Lisa Papatzimas emonzo@morrisjames.com
ddepta@morrisjames.com;slisko@morrisjames.com;joconnor@morrisjames.com;morrisjames@ecf.courtdrive.com

Eric J. Monzo

on behalf of Plaintiff Jessica Stoeckeler emonzo@morrisjames.com
ddepta@morrisjames.com;slisko@morrisjames.com;joconnor@morrisjames.com;morrisjames@ecf.courtdrive.com

Eric J. Monzo

on behalf of Plaintiff Courtney Smith emonzo@morrisjames.com
ddepta@morrisjames.com;slisko@morrisjames.com;joconnor@morrisjames.com;morrisjames@ecf.courtdrive.com

District/off: 0311-1                    User: admin                              Page 3 of 4
Date Rcvd: Oct 30, 2025                  Form ID: van460a                        Total Noticed: 5

Eric J. Monzo
on behalf of Plaintiff Erin Tuttle emonzo@morrisjames.com
ddepta@morrisjames.com;slisko@morrisjames.com;joconnor@morrisjames.com;morrisjames@ecf.courtdrive.com

Eric J. Monzo
on behalf of Plaintiff Kelly Burke Hopkins emonzo@morrisjames.com
ddepta@morrisjames.com;slisko@morrisjames.com;joconnor@morrisjames.com;morrisjames@ecf.courtdrive.com

Eric J. Monzo
on behalf of Plaintiff Carey Campbell emonzo@morrisjames.com
ddepta@morrisjames.com;slisko@morrisjames.com;joconnor@morrisjames.com;morrisjames@ecf.courtdrive.com

George L. Miller
gmiller@mctllp.com  lcromley@mctllp.com;Clawless@mctllp.com;de22@ecfcbis.com

John T. Carroll, III
on behalf of Trustee George L. Miller jcarroll@cozen.com
jdeeney@cozen.com;pgiordano@cozen.com;john-carroll-2735@ecf.pacerpro.com

R. Craig Martin
on behalf of Defendant John T. Young craig.martin@dlapiper.com  carolyn.fox@dlapiper.com;DLAPiper@ecfxmail.com

R. Craig Martin
on behalf of Defendant Robert H. Warshauer craig.martin@dlapiper.com  carolyn.fox@dlapiper.com;DLAPiper@ecfxmail.com

Russell C. Silberglied
on behalf of Defendant HPS Partners  LLC silberglied@rlf.com,
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Siena Cerra
on behalf of Plaintiff Heather Bundy scerra@morrisjames.com
slisko@morrisjames.com;ddepta@morrisjames.com;joconnor@morrisjames.com;morrisjames@ecf.courtdrive.com

Siena Cerra
on behalf of Plaintiff David Ellender scerra@morrisjames.com
slisko@morrisjames.com;ddepta@morrisjames.com;joconnor@morrisjames.com;morrisjames@ecf.courtdrive.com

Siena Cerra
on behalf of Plaintiff Carey Campbell scerra@morrisjames.com
slisko@morrisjames.com;ddepta@morrisjames.com;joconnor@morrisjames.com;morrisjames@ecf.courtdrive.com

Siena Cerra
on behalf of Plaintiff Matt Loze scerra@morrisjames.com
slisko@morrisjames.com;ddepta@morrisjames.com;joconnor@morrisjames.com;morrisjames@ecf.courtdrive.com

Siena Cerra
on behalf of Plaintiff Dara Cohen scerra@morrisjames.com
slisko@morrisjames.com;ddepta@morrisjames.com;joconnor@morrisjames.com;morrisjames@ecf.courtdrive.com

Siena Cerra
on behalf of Plaintiff Kelly Burke Hopkins scerra@morrisjames.com
slisko@morrisjames.com;ddepta@morrisjames.com;joconnor@morrisjames.com;morrisjames@ecf.courtdrive.com

Siena Cerra
on behalf of Plaintiff Erin Tuttle scerra@morrisjames.com
slisko@morrisjames.com;ddepta@morrisjames.com;joconnor@morrisjames.com;morrisjames@ecf.courtdrive.com

Siena Cerra
on behalf of Plaintiff Jessica Stoeckeler scerra@morrisjames.com
slisko@morrisjames.com;ddepta@morrisjames.com;joconnor@morrisjames.com;morrisjames@ecf.courtdrive.com

Siena Cerra
on behalf of Plaintiff Brian Skajem scerra@morrisjames.com
slisko@morrisjames.com;ddepta@morrisjames.com;joconnor@morrisjames.com;morrisjames@ecf.courtdrive.com

Siena Cerra
on behalf of Plaintiff Lisa Papatzimas scerra@morrisjames.com
slisko@morrisjames.com;ddepta@morrisjames.com;joconnor@morrisjames.com;morrisjames@ecf.courtdrive.com

Siena Cerra
on behalf of Plaintiff Courtney Smith scerra@morrisjames.com
slisko@morrisjames.com;ddepta@morrisjames.com;joconnor@morrisjames.com;morrisjames@ecf.courtdrive.com

Simon E. Fraser
on behalf of Trustee George L. Miller sfraser@cozen.com  simon-fraser-1269@ecf.pacerpro.com

Tara C Pakrouh
on behalf of Plaintiff Brian Skajem tpakrouh@morrisjames.com
ddepta@morrisjames.com;slisko@morrisjames.com;joconnor@morrisjames.com;EHockenberger@morrisjames.com;morrisjames
@ecf.courtdrive.com

Tara C Pakrouh
on behalf of Plaintiff Jessica Stoeckeler tpakrouh@morrisjames.com

District/off: 0311-1        User: admin        Page 4 of 4

Date Rcvd: Oct 30, 2025        Form ID: van460a        Total Noticed: 5

ddepta@morrisjames.com;slisko@morrisjames.com;joconnor@morrisjames.com;EHockenberger@morrisjames.com;morrisjames @ecf.courtdrive.com

Tara C Pakrouh

on behalf of Plaintiff Courtney Smith tpakrouh@morrisjames.com
ddepta@morrisjames.com;slisko@morrisjames.com;joconnor@morrisjames.com;EHockenberger@morrisjames.com;morrisjames @ecf.courtdrive.com

Tara C Pakrouh

on behalf of Plaintiff Dara Cohen tpakrouh@morrisjames.com
ddepta@morrisjames.com;slisko@morrisjames.com;joconnor@morrisjames.com;EHockenberger@morrisjames.com;morrisjames @ecf.courtdrive.com

Tara C Pakrouh

on behalf of Plaintiff Matt Loze tpakrouh@morrisjames.com
ddepta@morrisjames.com;slisko@morrisjames.com;joconnor@morrisjames.com;EHockenberger@morrisjames.com;morrisjames @ecf.courtdrive.com

Tara C Pakrouh

on behalf of Plaintiff Heather Bundy tpakrouh@morrisjames.com
ddepta@morrisjames.com;slisko@morrisjames.com;joconnor@morrisjames.com;EHockenberger@morrisjames.com;morrisjames @ecf.courtdrive.com

Tara C Pakrouh

on behalf of Plaintiff Erin Tuttle tpakrouh@morrisjames.com
ddepta@morrisjames.com;slisko@morrisjames.com;joconnor@morrisjames.com;EHockenberger@morrisjames.com;morrisjames @ecf.courtdrive.com

Tara C Pakrouh

on behalf of Plaintiff Kelly Burke Hopkins tpakrouh@morrisjames.com
ddepta@morrisjames.com;slisko@morrisjames.com;joconnor@morrisjames.com;EHockenberger@morrisjames.com;morrisjames @ecf.courtdrive.com

Tara C Pakrouh

on behalf of Plaintiff Carey Campbell tpakrouh@morrisjames.com
ddepta@morrisjames.com;slisko@morrisjames.com;joconnor@morrisjames.com;EHockenberger@morrisjames.com;morrisjames @ecf.courtdrive.com

Tara C Pakrouh

on behalf of Plaintiff Lisa Papatzimas tpakrouh@morrisjames.com
ddepta@morrisjames.com;slisko@morrisjames.com;joconnor@morrisjames.com;EHockenberger@morrisjames.com;morrisjames @ecf.courtdrive.com

Tara C Pakrouh

on behalf of Plaintiff David Ellender tpakrouh@morrisjames.com
ddepta@morrisjames.com;slisko@morrisjames.com;joconnor@morrisjames.com;EHockenberger@morrisjames.com;morrisjames @ecf.courtdrive.com

TOTAL: 54