**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CSS ENTERTAINMENT INC. (f/k/a CHICKEN SOUP FOR THE SOUL ENTERTAINMENT INC.), *et al* [1]<br><br>      Debtors. | Chapter 7<br><br>Case No. 24-11442 (MFW)<br>(Jointly Administered)<br><br>**Related Doc. No. 701** |

**CERTIFICATE OF SERVICE REGARDING**
**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON**
**NOVEMBER 12, 2025 AT 2:00 P.M. (PREVAILING EASTERN TIME)**

I, John T. Carroll, III, counsel to George L. Miller, in his capacity as Chapter 7 Trustee in the above-captioned matter, hereby certify that on November 10, 2025 the *Notice of Agenda of Matters Scheduled for Hearing on November 12, 2025 at 2:00 p.m.* [D.I. 701] (the "Notice") was electronically filed with the Court using the Court's Case Management/Electronic Case Files System (CM/ECF).    Notification of filing the Notice was received by way of electronic service via a Notice of Electronic Filing (NEF) through the Court's CM/ECF system on the registered participants in the above-captioned matter.

I further certify I caused a true and correct copy of the Notice to be served via electronic mail on the parties identified on the service list attached hereto as Exhibit "A".

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number (where applicable), are: 757 Film Acquisition LLC (4300); CSS Entertainment, Inc. (f/k/a Chicken Soup for the Soul Entertainment Inc.) (0811); CSS Studios, LLC (f/k/a Chicken Soup for the Soul Studios, LLC) (9993); CSS Television Group, LLC (f/k/a Chicken Soup for the Soul Television Group, LLC); Crackle Plus, LLC (9379); CSS AVOD Inc. (4038); CSSESIG, LLC (7150); Digital Media Enterprises LLC; Halcyon Studios, LLC (3312); Halcyon Television, LLC (9873); Landmark Studio Group LLC (3671); Locomotive Global, Inc. (2094); Pivotshare, Inc. (2165); RB Second Merger Sub LLC (0754); Redbox Automated Retail, LLC (0436); Redbox Entertainment, LLC (7085); Redbox Holdings, LLC (7338); Redbox Incentives LLC (1123); Redwood Intermediate, LLC (2733); Screen Media Films, LLC; Screen Media Ventures, LLC (2466); and TOFG LLC (0508).

LEGAL\81365465\1 6010823/00617521
11/11/2025

Dated:  November 11, 2025
      Wilmington, Delaware

COZEN O'CONNOR

By:  */s/ John T. Carroll, III*
    John T. Carroll, III (DE No. 4060)
    1201 N. Market Street
    Suite 1001
    Wilmington, DE  19801
    (302) 295-2028 Phone
    (302) 295-2013 Fax No.
    jcarroll@cozen.com

    *Counsel to George L. Miller,*
    *Chapter 7 Trustee*

LEGAL\81365465\1 6010823/00617521
11/11/2025

# EXHIBIT "A"

James E O''Neill, Esq.
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
Wilmington, DE 19801
 joneill@pszjlaw.com
*Special Counsel to the Trustee*

Richard M. Pachulski, Esq.
Alan J. Kornfeld, Esq.
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monical Blvd., 11th Floor
Los Angeles, CA 90067-4003
rpachulski@pszjlaw.com
akornfeld@pszjlaw.com
*Special Counsel to the Trustee*

Steven W Golden, Esq.
Pachulski Stang Ziehl & Jones LLP
1700 Broadway
Ste 36th Floor
New York, NY 10019
sgolden@pszjlaw.com
*Special Counsel to the Trustee*

Jonathan Lipshie
Office of the United States Trustee
U. S. Department of Justice
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801
Jon.Lipshie@usdoj.gov

Charles Muszynski, *pro se*
P.O. Box 1423
Basseterre, St. Kitts, W.I.
usfilefolder@protonmail.com

R. Stephen McNeill, Esq.
Maria Kotsiras, Esq.
Potter Anderson & Corroon LLP
1313 North Market Street, 6th Floor
Wilmington, Delaware 19801
rmcneill@potteranderson.com
mkotsiras@potteranderson.com
*Counsel to RaceTrac, Inc.*

Elizabeth Rose, Esq.
Caiola & Rose, LLC
125 Clairemont Ave. Suite 240
Decatur, GA 30030
elizabeth@caiolarose.com
*Counsel to RaceTrac, Inc.*

Matt Brod, Esq.
Milbank
55 Hudson Yards
New York, NY 10001-2163
MBrod@milbank.com
*Counsel to HPS Investment Partners, LLC*

Julie Wolf, Esq.
Milbank
1101 New York Avenue NW
Washington, D.C. 20005
JWolf@milbank.com
*Counsel to HPS Investment Partners, LLC*

Joseph C. Barsalona II, Esq.
Pashman Stein Walder Hayden, P.C.
824 North Market Street, Suite 800
Wilmington, DE 19801
jbarsalona@pashmanstein.com
*Counsel to DJCTM Lending, LLC*

Richard Levy Jr., Esq.
Pryor Cashman LLP
7 Times Square, 40th Floor
New York, NY 10036
rlevy@pryorcashman.com
*Counsel to DJCTM Lending, LLC*

2

Frank A. Merola, Esq.
William P. Reily, Esq.
Paul Hastings LLP
200 Park Avenue
New York, New York 10166
frankmerola@paulhastings.com
williamreily@paulhastings.com
**Counsel to MidCap Financial Trust**

Eric J. Monzo, Esq.
Morris James LLP
3205 Avenue North Blvd., Suite 100
Wilmington, DE 19803
emonzo@morrisjames.com
**Counsel to Alex Golden, on behalf of himself and all others similarly situated**
**Adversary Proceeding #: 24-50112-MFW**

Craig J. Ackermann, Esq.
Ackermann & Tilajef, P.C.
315 South Beverly Drive, Suite 504
Beverly Hills, CA 90212
cja@ackermanntilajef.com
**Counsel to Alex Golden, on behalf of him and all others similarly situated**
**Adversary Proceeding #: 24-50112-MFW**

Eric J. Monzo, Esq.
Tara C. Pakrouh, Esq.
Cortlan S. Hitch, Esq.
Siena B. Cerra, Esq.
Morris James LLP
3205 Avenue North Blvd., Suite 100
Wilmington, DE 19803
emonzo@morrisjames.com
tpakrouh@morrisjames.com
chitch@morrisjames.com
scerra@morrisjames.com
**Counsel to the Former Employee Putative Class**
**Brian Skajem, Lisa Papatzimas, Erin Tuttle, David Ellender, Dara Cohen, Matt Loze, Jessica**
**Stoeckeler, Heather Bundy, Carey Campbell, Kelly Burke Hopkins, Courtney Smith**
**Adversary Proceeding #: 24-50128-MFW**

3

Michael Alder, Esq.
Elana R. Levine, Esq.
Alderlaw, PC
12800 Riverside Drive, Second Floor
Valley Village, CA 91607
cmalder@alderlaw.com
llevine@alderlaw.com
**Counsel to the Former Employee Putative Class**
**Brian Skajem, Lisa Papatzimas, Erin Tuttle, David Ellender, Dara Cohen, Matt Loze, Jessica Stoeckeler, Heather Bundy, Carey Campbell, Kelly Burke Hopkins, Courtney Smith**
**Adversary Proceeding #: 24-50128-MFW**

Daniel C. Kerrick, Esq.
Hogan McDaniel, Esq.
1311 Delaware Avenue
Wilmington, DE 19806
dckerrick@dkhogan.com
**Counsel to Bart Schwartz**
**Adversary Proceeding #: 24-50128-MFW**

Stephen A. Best, Esq.
Brown Rudnick LLP
1900 N St NW, 4th Floor
Washington, DC 20036
sbest@brownrudnick.com
**Counsel to Robert H. Warshauer**
**Counsel to John T. Young**
**Adversary Proceeding #: 24-50128-MFW**

Daniel J. Healy, Esq.
Brown Rudnick LLP
1900 N St NW, 4th Floor
Washington, DC 20036
dhealy@brownrudnick.com
**Counsel to Robert H. Warshauer**
**Counsel to John T. Young**
**Adversary Proceeding #: 24-50128-MFW**

R. Craig Martin, Esq.
DLA Piper LLP (US)
1201 North Market Street, Suite 2100
Wilmington, DE 19801
craig.martin@dlapiper.com
**Counsel to Robert H. Warshauer**
**Counsel to John T. Young**
**Adversary Proceeding #: 24-50128-MFW**

4

Jonathan E. Richman
Brown Rudnick LLP
7 Times Square
New York, NY 10036
jrichman@brownrudnick.com
***Counsel to Robert H. Warshauer***
***Counsel to John T. Young***
***Adversary Proceeding #: 24-50128-MFW***

Nancy H. Turner
Brown Rudnick LLP
1900 N St NW, 4th Floor
Washington, DC 20036
nturner@brownrudnick.com
***Counsel to Robert H. Warshauer***
***Counsel to John T. Young***
***Adversary Proceeding #: 24-50128-MFW***

Donald J. Detweiler, Esq.
Womble Bond Dickinson (US) LLP
1313 N. Market Street, Suite 1200
Wilmington, Delaware 19801
don.detweiler@wbd-us.com
***Counsel to William J. Rouhana, Jr., Amy L. Newmark, Chicken Soup for the Soul***
***Productions, LLC, Chicken Soup for the Soul, LLC, and***
***Chicken Soup for the Soul Holdings, LLC***
***Adversary Proceeding #: 25-50399-MFW***

Cathy A. Hinger, Esq.
Womble Bond Dickinson (US) LLP
2001 K. Street NW
Suite 400 South
Washington, D.C. 20006
cathy.hinger@wbd-us.com
***Counsel to William J. Rouhana, Jr., Amy L. Newmark, Chicken Soup for the Soul***
***Productions, LLC, Chicken Soup for the Soul, LLC, and***
***Chicken Soup for the Soul Holdings, LLC***
***Adversary Proceeding #: 25-50399-MFW***

James S. Derrick, Esq.
Womble Bond Dickinson (US) LLP
301 South College Street, Suite 3500
Charlotte, North Carolina 28202
james.derrick@wbd-us.com
***Counsel to William J. Rouhana, Jr., Amy L. Newmark, Chicken Soup for the Soul***
***Productions, LLC, Chicken Soup for the Soul, LLC, and***
***Chicken Soup for the Soul Holdings, LLC***
***Adversary Proceeding #: 25-50399-MFW***

5

Evan T. Miller, Esq.
Saul Ewing LLP
1201 North Market Street
Suite 2300
Wilmington, DE 19801
evan.miller@saul.com
**Counsel to Cosmo Denicola**
**Adversary Proceeding #: 25-50399-MFW**

Jessica Magee, Esq.
Steven J. Levitt
Holland & Knight LLP
One Arts Plaza
1722 Routh Street, Suite 1500
Dallas, Texas 75201
Jessica.Magee@hklaw.com
Steven.levitt@hklaw.com
**Counsel to Cosmo Denicola**
**Adversary Proceeding #: 25-50399-MFW**

David M. Fournier, Esq.
Christopher B. Chuff, Esq.
Taylor B. Bartholomew, Esq.
Tori L. Remington, Esq.
Tyler R. Wilson, Esq.
Troutman Pepper Locke LLP
1313 N. Market Street, Suite 1000
Wilmington, DE 19899-1709
david.fournier@troutman.com
chris.chuff@troutman.com
tori.remington@troutman.com
tyler.wilson@troutman.com
**Counsel to Fred M. Cohen, Christina Weiss Lurie, Martin Pompadur,**
**and Diana Wilkin**
**Adversary Proceeding #: 25-50399-MFW**

Mary S. Thomas, Esq.
Thomas Law LLC
1521 Concord Pike, Suite 301
Wilmington, DE 19803
mthomas@marythomaslaw.com
**Counsel to Vikram Somaya**
**Adversary Proceeding #: 25-50399-MFW**

6

Thiru Vignarajah, Esq.
Ross Ingram, Esq.
Law Offices Of Thiru Vignarajah LLC
211 Wendover Road
Baltimore, MD 21218
thiru@thirulaw.com
ross@thirulaw.com
**Counsel to Vikram Somaya**
**Adversary Proceeding #: 25-50399-MFW**

Sarah Delia, Esq.
Maliheh Zare, Esq.
McCarter & English
405 N. King Street
Ste 8th Floor
Wilmington, DE 19801
sdelia@mccarter.com
mzare@mccarter.com
**Counsel to Jason Meier**
**Adversary Proceeding #: 25-50399-MFW**

William Edward Green, Jr
James G. McMillan, III
Halloran Farkas & Kittila
5722 Kennett Pike
Wilmington, DE 19807
wg@hfk.law
jm@hfk.law
**Counsel to Amanda R. Edwards**
**Adversary Proceeding #: 25-50399-MFW**

Brett McCartney, Esq.
Elizabeth Powers, Esq.
Mutaz A. Ali, Esq.
Bayard, P.A.
600 N. King Street, Suite 400
Wilmington, DE 19801
bmccartney@bayardlaw.com
epowers@bayardlaw.com
mali@bayardlaw.com
**Counsel to Christopher Mitchell**
**Adversary Proceeding #: 25-50399-MFW**

7

Douglas P. Baumstein, Esq.
Leke Badivuku, Esq.
Andrew J Bernstein, Esq.
Kaitlin R Walsh, Esq.
Mintz, Levin, Cohn, Ferris, Glovsky and
919 Third Avenue
New York, NY 10022
DBaumstein@mintz.com
LBadivuku@mintz.com
AJBerstein@mintz.com
krwalsh@mintz.com
*Counsel to Christopher Mitchell*
*Adversary Proceeding #: 25-50399-MFW*