**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| CHICKEN SOUP FOR THE SOUL ENTERTAINMENT, INC., *et al.*[1], | Case No. 24-11442 (MFW) |
| Debtors. | (Jointly Administered) |
| BRIAN SKAJEM, LISA PAPATZIMAS, ERIN TUTTLE, DAVID ELLENDER, DARA COHEN, MATT LOZE, JESSICA STOECKELER, HEATHER BUNDY, CAREY CAMPBELL, KELLY BURKE HOPKINS, COURTNEY SMITH, on behalf of themselves and behalf of all others similarly situated, | |
| Plaintiffs, | |
| v. | Adv. Pro. No. 24-50128 (MFW) |
| CHICKEN SOUP FOR THE SOUL ENTERTAINMENT, INC., REDBOX AUTOMATED RETAIL, LLC, WILLIAM J. ROUHANA, JR., AMY NEWMARK, JOHN T. YOUNG, ROBERT H. WARSHAUER, BART SCHWARTZ, and DOES 1-500, inclusive, | |
| Defendants. | |

**CERTIFICATE OF SERVICE**

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number (where applicable), are: 757 Film Acquisition LLC (4300); Chicken Soup for the Soul Entertainment Inc. (0811); Chicken Soup for the Soul Studios, LLC (9993); Chicken Soup for the Soul Television Group, LLC; Crackle Plus, LLC (9379); CSS AVOD Inc. (4038); CSSESIG, LLC (7150); Digital Media Enterprises LLC; Halcyon Studios, LLC (3312); Halcyon Television, LLC (9873); Landmark Studio Group LLC (3671); Locomotive Global, Inc. (2094); Pivotshare, Inc. (2165); RB Second Merger Sub LLC (0754); Redbox Automated Retail, LLC (0436); Redbox Entertainment, LLC (7085); Redbox Holdings, LLC (7338); Redbox Incentives LLC (1123); Redwood Intermediate, LLC (2733); Screen Media Films, LLC; Screen Media Ventures, LLC (2466); and TOFG LLC (0508). The Debtors' corporate headquarters and service address is 132 East Putnam Avenue, Floor 2W, Cos Cob, CT 06807.

17647209/1

2

I hereby certify that on the 20th day of November, 2025, I caused to be filed with the Court electronically, and I caused to be served true and correct copies of the following:

- Plaintiffs' Omnibus Brief in Opposition to Independent Director Defendants' Motions to Dismiss; and

- Declaration of Tara C. Pakrouh in Support Plaintiffs' Omnibus Brief in Opposition to Independent Director Defendants' Motions to Dismiss

upon the parties that are registered to receive notice via the Court's CM/ECF notification system, and additional service was completed via electronic mail upon the parties on the attached service list.

*/s/ Tara C. Pakrouh*
Tara C. Pakrouh (DE Bar No. 6192)

17647209/1

## SERVICE LIST

DLA PIPER LLP (US)
R. Craig Martin
Roxanne M. Eastes
1201 North Market Street, Suite 2100
Wilmington, Delaware 19801
craig.martin@us.dlapiper.com
roxanne.eastes@us.dlapiper.com

- and –

Stephen A. Best
Daniel J. Healy
Jonathan E. Richman
Nancy H. Turner
Brown Rudnick LLP
1900 N Street, NW, Suite 400
Washington, D.C. 20036
sbest@brownrudnick.com
dhealy@brownrudnick.com
jrichman@brownrudnick.com
nturner@brownrudnick.com

*Counsel for Defendants Robert H. Warshauer
and John T. Young, Jr.*

HOGAN MCDANIEL
Daniel Kerrick
1331 Delaware Avenue
Wilmington, DE 19806
dckerrick@dkhogan.com

-and-

MINTZ & GOLD LLP
Barry M. Kazan, Esq.
600 Third Avenue, 25th Floor
New York, New York 10016
kazan@mintzandgold.com

*Counsel to Defendant Bart Schwartz*

17647209/1