**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Ch. 7 |
| CHICKEN SOUP FOR THE SOUL | ) | |
| ENTERTAINMENT, INC., et al., | ) | Case No. 24-11442 (MFW) |
|     Debtors. | ) | |
| | ) | (Jointly Administered) |
| BRIAN SKAJEM, LISA PAPATZIMAS, | ) | |
| ERIN TUTTLE, DAVID ELLENDER, DARA | ) | |
| COHEN, MATT LOZE, JESSICA | ) | |
| STOECKELER, HEATHER BUNDY, CAREY | ) | |
| CAMPBELL, KELLY BURKE HOPKINS, | ) | |
| COURTNEY SMITH, on behalf of | ) | |
| themselves and on behalf of all | ) | |
| others similarly situated, | ) | Adv. No. 24-50128 (MFW) |
| | ) | |
|          Plaintiffs, | ) | |
| | ) | |
|     v. | ) | |
| | ) | |
| CHICKEN SOUP FOR THE SOUL | ) | |
| ENTERTAINMENT, INC.; REDBOX | ) | |
| AUTOMATED RETAIL, LLC; WILLIAM J. | ) | |
| ROUHANA, JR., AMY NEWMARK, JOHN T. | ) | |
| YOUNG, ROBERT H. WARSHAUER, BART | ) | |
| SCHWARTZ, and DOES 1-500, | ) | |
| inclusive, | ) | |
|         Defendants. | ) | Rel Adv. D.I. 35, 36, 37, |
| | ) | 38, 43, 44, 47, 48, 49, |
| | ) | 50 |

**O R D E R**

    **AND NOW** this **9th** day of **DECEMBER, 2025,** upon consideration of the Motions of William J. Rouhana Jr. and Amy L. Newmark to Dismiss the First Amended Complaint and for the reasons set forth in the accompanying Memorandum Opinion, it is hereby

    **ORDERED** that the Motions to Dismiss the First Amended Complaint are **GRANTED**; and it is further

**ORDERED** that the Plaintiffs shall file an amended Complaint within 30 days of the entry of this Order.


BY THE COURT:

Mary F. Walrath
United States Bankruptcy Judge