# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CHICKEN SOUP FOR THE SOUL ENTERTAINMENT, INC., *et al.*[1],<br><br>    Debtors. | Chapter 7<br><br>Case No. 24-11442 (MFW)<br><br>(Jointly Administered) |
| BRIAN SKAJEM, LISA PAPATZIMAS, ERIN TUTTLE, DAVID ELLENDER, DARA COHEN, MATT LOZE, JESSICA STOECKELER, HEATHER BUNDY, CAREY CAMPBELL, KELLY BURKE HOPKINS, COURTNEY SMITH, on behalf of themselves and behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>CHICKEN SOUP FOR THE SOUL ENTERTAINMENT, INC.; REDBOX AUTOMATED RETAIL, LLC; WILLIAM J. ROUHANA, JR., AMY NEWMARK, JOHN T. YOUNG, ROBERT H. WARSHAUER, BART SCHWARTZ, and DOES 1-500, inclusive,<br><br>    Defendants. | Adv. Pro. No. 24-50128 (MFW)<br><br>**Re. Adv. Dkt. No. 95** |

## AGREED SCHEDULING ORDER

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number (where applicable), are: 757 Film Acquisition LLC (4300); Chicken Soup for the Soul Entertainment Inc. (0811); Chicken Soup for the Soul Studios, LLC (9993); Chicken Soup for the Soul Television Group, LLC; Crackle Plus, LLC (9379); CSS AVOD Inc. (4038); CSSESIG, LLC (7150); Digital Media Enterprises LLC; Halcyon Studios, LLC (3312); Halcyon Television, LLC (9873); Landmark Studio Group LLC (3671); Locomotive Global, Inc. (2094); Pivotshare, Inc. (2165); RB Second Merger Sub LLC (0754); Redbox Automated Retail, LLC (0436); Redbox Entertainment, LLC (7085); Redbox Holdings, LLC (7338); Redbox Incentives LLC (1123); Redwood Intermediate, LLC (2733); Screen Media Films, LLC; Screen Media Ventures, LLC (2466); and TOFG LLC (0508). The Debtors' corporate headquarters and service address is 132 East Putnam Avenue, Floor 2W, Cos Cob, CT 06807.

Plaintiffs Brian Skajem, Lisa Papatzimas, Erin Tuttle, David Ellender, Dara Cohen, Matt Loze, Jessica Stoeckeler, Heather Bundy, Carey Campbell, Kelly Burke Hopkins, and Courtney Smith (together, "Plaintiffs") and other similarly situated individuals, defendants Chicken Soup for the Soul Entertainment, Inc. ("CSSE"); Redbox Automated Retail, LLC, William J. Rouhana, Jr., Amy Newmark, John T. Young, Robert H. Warshauer, Bart Schwartz, and Does 1-500, inclusive (collectively, the "Defendants") on behalf of themselves and the purported class of all other similarly situated current and former employees and common law employees of CSSE, Redbox Automated Retail, LLC, and/or all its affiliated prepetition affiliates of such entities (collectively, the "Company") (the Plaintiffs and Defendants, each individually a "Party" and collectively the "Parties") having agreed to the schedule below, upon consideration, the Court orders that the following schedule will apply in this adversary proceeding:

1. Attorney Conference. The requirements of Fed. R. Civ. P. 26(f) and Bankr. D. Del. L.R. 7016-1(a) are deemed waived and/or satisfied by the entry of this Order.

2. Briefing Schedule. On January 8, 2026, Plaintiffs filed the *Second Amended Complaint* [Adv. Docket No. 95] (the "Second Amended Complaint"). The following schedule will apply to the Second Amended Complaint:

    a. **February 20, 2026**: Defendants may answer, move, or otherwise plead to the Second Amended Complaint.

    b. **March 24, 2026**: Plaintiffs may file an opposition to any motion to dismiss the Second Amended Complaint.

    c. **April 14, 2026:** Defendants may file a reply brief in support of any motion to dismiss the Second Amended Complaint.

3.  <u>Pre-trial Conference</u>. In the event this adversary proceeding is not adjudicated fully upon case dispositive motions, the Court will schedule a pretrial conference to address all pretrial procedures and deadlines.

4.  <u>Extension of Deadlines.</u> The deadlines imposed by this Order may be modified by stipulation of the Parties without further order of the Court or by the Court for good cause shown.

*[Signature page to follow]*

.

Dated: January 22, 2026

| | |
|---|---|
| **COZEN O'CONNOR**<br>*/s/ John T. Carroll III*<br>John T. Carroll, III (DE Bar No. 4060)<br>Simon E. Fraser (DE Bar No. 5335)<br>1201 North Market Street<br>Suite 1001<br>Wilmington, DE 19801<br>Telephone: 302-295-2000<br>Facsimile: 302-295-2013<br>E-mail: jcarroll@cozen.com<br>　　　　　sfraser@cozen.com<br><br>*Counsel to George L. Miller, in his capacity as Chapter 7 Trustee for the bankruptcy estates of Chicken Soup for the Soul Entertainment Inc. and Redbox Automated Retail, LLC, the Defendants* | **MORRIS JAMES LLP**<br>*/s/ Tara C. Pakrouh*<br>Tara C. Pakrouh (DE Bar No. 6192)<br>Cortlan S. Hitch (DE Bar No. 6720)<br>Siena B. Cerra (DE Bar No. 7290)<br>Samantha L. Rodriguez (DE Bar No. 7524)<br>3205 Avenue North Blvd., Suite 100<br>Wilmington, DE 19803<br>Telephone: (302) 888-6800<br>Facsimile: (302) 571-1750<br>E-mail: tpakrouh@morrisjames.com<br>　　　　　chitch@morrisjames.com<br>　　　　　scerra@morrisjames.com<br>　　　　　srodriguez@morrisjames.com<br><br>-and-<br><br>**ALDERLAW, PC**<br>Michael Alder (CA Bar No. 170381)<br>Elana R. Levine, Esq. (CA Bar No. 234155)<br>12800 Riverside Drive, Second Floor<br>Valley Village, CA 91607<br>Telephone: (310) 275-9131<br>Facsimile: (310) 275-9132<br>E-mail: cmalder@alderlaw.com<br>　　　　　llevine@alderlaw.com<br><br>*Counsel to Plaintiffs and the Proposed Class* |
| **HOGAN MCDANIEL**<br>*/s/ Daniel Kerrick*<br>Daniel Kerrick, Esq.<br>1331 Delaware Avenue<br>Wilmington, DE 19806<br>dckerrick@dkhogan.com<br><br>-and-<br><br>**MINTZ & GOLD LLP**<br>Barry M. Kazan, Esq.<br>600 Third Avenue, 25th Floor<br>New York, NY 10016<br>kazan@mintzandgold.com<br><br>*Counsel to Defendant Bart Schwartz* | **BROWN RUDNICK LLP**<br>*/s/ Daniel J. Healy*<br>Stephen A. Best (pro hac vice)<br>Daniel J. Healy (pro hac vice)<br>Jonathan E. Richman (pro hac vice)<br>Nancy H. Turner (pro hac vice)<br>Brown Rudnick LLP<br>1900 N Street, NW, Suite 400<br>Washington, D.C.  20036<br>Telephone:  (202) 536-1700<br>Facsimile:  (202) 536-1701<br>sbest@brownrudnick.com<br>dhealy@brownrudnick.com<br>jrichman@brownrudnick.com<br>nturner@brownrudnick.com<br><br>*Counsel for Defendants Robert H. Warshauer* |

| | |
|---|---|
| | *and John T. Young, Jr.* |
| **WOMBLE BOND DICKINSON (US) LLP**<br>*/s/ Donald J. Detweiler*<br>Donald J. Detweiler, Esq.<br>1313 N. Market Street, Suite 1200<br>Wilmington, DE 19801<br>don.detweiler@wbd-us.com<br><br>-and-<br><br>Cathy A. Hinger, Esq.<br>Victoria A. Bruno, Esq.<br>2001 K Street, NW<br>Suite 400 South<br>Washington, D.C. 20006<br>cathy.hinger@wbd-us.com<br>victoria.bruno@wbd-us.com<br><br>*Counsel for Defendants William J. Rouhana, Jr. and Amy L. Newmark* | **DLA PIPER LLP (US)**<br>*/s/ R. Craig Martin*<br>R. Craig Martin (DE Bar No. 5032)<br>Roxanne M. Eastes (DE Bar No. 6654)<br>1201 North Market Street, Suite 2100<br>Wilmington, DE  19801<br>Tel: (302) 468-5700 (Main)<br>Tel: (302) 468-5655 (Direct)<br>Fax: (302) 778-7834<br>craig.martin@us.dlapiper.com<br>roxanne.eastes@us.dlapiper.com<br><br>*Counsel for Defendants Robert H. Warshauer and John T. Young, Jr.* |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: January 22nd, 2026　　　　　　　　MARY F. WALRATH
Wilmington, Delaware　　　　　　　　　　UNITED STATES BANKRUPTCY JUDGE