## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CHICKEN SOUP FOR THE SOUL ENTERTAINMENT, INC., *et al.* [1],<br><br>   Debtors. | Chapter 7<br><br>Case No. 24-11442 (MFW)<br><br>(Jointly Administered) |
| BRIAN SKAJEM, LISA PAPATZIMAS, ERIN TUTTLE, DAVID ELLENDER, DARA COHEN, MATT LOZE, JESSICA STOECKELER, HEATHER BUNDY, CAREY CAMPBELL, KELLY BURKE HOPKINS, COURTNEY SMITH, on behalf of themselves and behalf of all others similarly situated,<br><br>   Plaintiffs,<br><br>   v.<br><br>CHICKEN SOUP FOR THE SOUL ENTERTAINMENT, INC.; REDBOX AUTOMATED RETAIL, LLC; WILLIAM J. ROUHANA, JR., AMY NEWMARK, JOHN T. YOUNG, ROBERT H. WARSHAUER, BART SCHWARTZ, and DOES 1-500, inclusive,<br><br>   Defendants. | Adv. Pro. No. 24-50128 (MFW)<br><br>**Re: Adv. D.I. 95** |

## DEFENDANT BART SCHWARTZ'S
## <u>MOTION TO DISMISS SECOND AMENDED COMPLAINT</u>

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number (where applicable), are: 757 Film Acquisition LLC (4300); Chicken Soup for the Soul Entertainment Inc. (0811); Chicken Soup for the Soul Studios, LLC (9993); Chicken Soup for the Soul Television Group, LLC; Crackle Plus, LLC (9379); CSS AVOD Inc. (4038); CSSESIG, LLC (7150); Digital Media Enterprises LLC; Halcyon Studios, LLC (3312); Halcyon Television, LLC (9873); Landmark Studio Group LLC (3671); Locomotive Global, Inc. (2094); Pivotshare, Inc. (2165); RB Second Merger Sub LLC (0754); Redbox Automated Retail, LLC (0436); Redbox Entertainment, LLC (7085); Redbox Holdings, LLC (7338); Redbox Incentives LLC (1123); Redwood Intermediate, LLC (2733); Screen Media Films, LLC; Screen Media Ventures, LLC (2466); and TOFG LLC (0508). The Debtors' corporate headquarters and service address is 132 East Putnam Avenue, Floor 2W, Cos Cob, CT 06807.

Pursuant to Federal Rules of Civil Procedure 8, 9(b), and 12(b)(6), made applicable to this adversary proceeding ("Adversary Proceeding"), by Federal Rules of Bankruptcy Procedure 7008, 7009, and 7012, Bart Schwartz, by and through his undersigned counsel, hereby respectfully moves the Court for entry of an order, substantially in the form attached hereto as **Exhibit A**, dismissing with prejudice all claims against her in the Second Amended Complaint (D.I. 95) ("SAC"), filed in this Adversary Proceeding.  To the extent any claims survive (and they should not), Mr. Schwartz also respectfully requests that the Court disallow the putative class claim, and/or grant such other and further relief as the Court deems just and appropriate.

In support of this Motion to Dismiss, Mr. Schwartz has contemporaneously filed, and incorporates herein by reference, the Brief in Support of Defendant Bart Schwartz's Motion to Dismiss Second Amended Complaint ("Supporting Brief").

### LOCAL RULE 7012-1 STATEMENT

Pursuant to Rule 7012-1 of the Local Rules for the United States Bankruptcy Court for the District of Delaware, Mr. Schwartz does not consent to the entry of a final order or judgment by the Court in this Adversary Proceeding if it is determined that the Court, absent consent of the parties, cannot enter a final order or judgment consistent with Article III of the United States Constitution.

WHEREFORE, for all the reasons set forth herein and in the accompanying Supporting Brief, Mr. Schwartz respectfully requests that the Court enter an order, substantially in the form attached hereto granting the Motion to Dismiss, and dismissing all claims against him in the SAC with prejudice. To the extent any claims survive (and they should not), Mr. Schwartz also respectfully requests that the Court enter an order disallowing the putative class claim, and/or

granting such other and further relief as the Court deems just and appropriate.

Dated: February 20, 2026
Wilmington, Delaware

**HOGAN MCDANIEL**

*/s/ Daniel Kerrick*
Daniel Kerrick (DE Bar No. 5027)
1331 Delaware Avenue
Wilmington, DE 19806
Telephone: (302) 656-7540
Facsimile: (302) 656-7599
E-mail: dckerrick@dkhogan.com

-and-

**MINTZ & GOLD LLP**

*/s/ Barry M. Kazan*
Barry M. Kazan, Esq.
(*pro hac vice* to be filed)
600 Third Avenue, 25th Floor
New York, New York 10016
Telephone: (212) 696-4848
Facsimile: (212) 696-1234
E-mail: kazan@mintzandgold.com

*Counsel to Defendant Bart Schwartz*