**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CHICKEN SOUP FOR THE SOUL ENTERTAINMENT, INC., *et al.* [1],<br><br>      Debtors. | Chapter 7<br><br>Case No. 24-11442 (MFW)<br><br>(Jointly Administered) |
| BRIAN SKAJEM, LISA PAPATZIMAS, ERIN TUTTLE, DAVID ELLENDER, DARA COHEN, MATT LOZE, JESSICA STOECKELER, HEATHER BUNDY, CAREY CAMPBELL, KELLY BURKE HOPKINS, COURTNEY SMITH, on behalf of themselves and behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br>      v.<br><br>CHICKEN SOUP FOR THE SOUL ENTERTAINMENT, INC., REDBOX AUTOMATED RETAIL, LLC, WILLIAM J. ROUHANA, JR., AMY NEWMARK, JOHN T. YOUNG, ROBERT H. WARSHAUER, BART SCHWARTZ, and DOES 1-500, inclusive,<br><br>      Defendants. | Adv. Pro. No. 24-50128 (MFW) |

**NOTICE OF WITHDRAWAL OF MICHAEL ALDER AS ATTORNEY OF RECORD AND REQUEST TO BE REMOVED FROM NOTICE, ELECTRONIC MAILING, AND SERVICE LISTS UNDER LOCAL BANKRUPTCY RULE 9010-2**

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number (where applicable), are: 757 Film Acquisition LLC (4300); Chicken Soup for the Soul Entertainment Inc. (0811); Chicken Soup for the Soul Studios, LLC (9993); Chicken Soup for the Soul Television Group, LLC; Crackle Plus, LLC (9379); CSS AVOD Inc. (4038); CSSESIG, LLC (7150); Digital Media Enterprises LLC; Halcyon Studios, LLC (3312); Halcyon Television, LLC (9873); Landmark Studio Group LLC (3671); Locomotive Global, Inc. (2094); Pivotshare, Inc. (2165); RB Second Merger Sub LLC (0754); Redbox Automated Retail, LLC (0436); Redbox Entertainment, LLC (7085); Redbox Holdings, LLC (7338); Redbox Incentives LLC (1123); Redwood Intermediate, LLC (2733); Screen Media Films, LLC; Screen Media Ventures, LLC (2466); and TOFG LLC (0508). The Debtors' corporate headquarters and service address is 132 East Putnam Avenue, Floor 2W, Cos Cob, CT 06807.

17810385/1

**PLEASE TAKE NOTICE** that Michael Alder ("Mr. Alder"), an attorney admitted to practice in the United States Bankruptcy Court for the District of Delaware, appeared in the above-captioned cases on behalf of the Plaintiffs Brian Skajem, Lisa Papatzimas, Erin Tuttle, David Ellender, Dara Cohen, Matt Loze, Jessica Stoeckeler, Heather Bundy, Carey Campbell, Kelly Burke Hopkins, Courtney Smith  (collectively, the "Plaintiffs").

**PLEASE TAKE FURTHER NOTICE** that Mr. Alder hereby withdraws as attorney of record for Plaintiffs and request to be removed from any applicable service lists, including the Court's CM/ECF electronic notification list, maintained in the above-captioned cases and any related adversary proceedings.

**PLEASE TAKE FURTHER NOTICE** that attorneys of record Tara C. Pakrouh, Cortlan S. Hitch, Siena B. Cerra, and Samantha L. Rodriguez of Morris James LLP will continue to serve as counsel for Plaintiffs, and Plaintiffs therefore will suffer no interruption in its representation in these cases.

Dated: March 24, 2026

**MORRIS JAMES LLP**

*/s/ Tara C. Pakrouh*
Tara C. Pakrouh (DE Bar No. 6192)
Cortlan S. Hitch (DE Bar No. 6720)
Siena B. Cerra (DE Bar No. 7290)
Samantha L. Rodriguez (DE Bar No. 7524)
3205 Avenue North Blvd., Suite 100
Wilmington, DE 19803
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail: tpakrouh@morrisjames.com
        chitch@morrisjames.com
        scerra@morrisjames.com
        srodriguez@morrisjames.com

*Counsel for Plaintiffs*

17810385/1