**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| CHICKEN SOUP FOR THE SOUL ENTERTAINMENT, INC., *et al.*[1], | Case No. 24-11442 (MFW) |
| Debtors. | (Jointly Administered) |
| BRIAN SKAJEM, LISA PAPATZIMAS, ERIN TUTTLE, DAVID ELLENDER, DARA COHEN, MATT LOZE, JESSICA STOECKELER, HEATHER BUNDY, CAREY CAMPBELL, KELLY BURKE HOPKINS, COURTNEY SMITH, on behalf of themselves and behalf of all others similarly situated, | |
| Plaintiffs, | |
| v. | Adv. Pro. No. 24-50128 (MFW) |
| CHICKEN SOUP FOR THE SOUL ENTERTAINMENT, INC., REDBOX AUTOMATED RETAIL, LLC, WILLIAM J. ROUHANA, JR., AMY NEWMARK, JOHN T. YOUNG, ROBERT H. WARSHAUER, BART SCHWARTZ, and DOES 1-500, inclusive, | |
| Defendants. | |

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of March, 2026, I caused to be filed with the Court

electronically, and I caused to be served true and correct copies of the following:

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number (where applicable), are: 757 Film Acquisition LLC (4300); Chicken Soup for the Soul Entertainment Inc. (0811); Chicken Soup for the Soul Studios, LLC (9993); Chicken Soup for the Soul Television Group, LLC; Crackle Plus, LLC (9379); CSS AVOD Inc. (4038); CSSESIG, LLC (7150); Digital Media Enterprises LLC; Halcyon Studios, LLC (3312); Halcyon Television, LLC (9873); Landmark Studio Group LLC (3671); Locomotive Global, Inc. (2094); Pivotshare, Inc. (2165); RB Second Merger Sub LLC (0754); Redbox Automated Retail, LLC (0436); Redbox Entertainment, LLC (7085); Redbox Holdings, LLC (7338); Redbox Incentives LLC (1123); Redwood Intermediate, LLC (2733); Screen Media Films, LLC; Screen Media Ventures, LLC (2466); and TOFG LLC (0508). The Debtors' corporate headquarters and service address is 132 East Putnam Avenue, Floor 2W, Cos Cob, CT 06807.

17814043/1

2

- Plaintiffs' Omnibus Brief in Opposition to the Motions to Dismiss the Second Amended Complaint; and

- Declaration of Tara C. Pakrouh in Support of Plaintiffs' Omnibus Brief in Opposition to the Motions to Dismiss the Second Amended Complaint

upon the parties that are registered to receive notice via the Court's CM/ECF notification system, and additional service was completed via electronic mail upon the parties on the attached service list.

*/s/ Tara C. Pakrouh*
Tara C. Pakrouh (DE Bar No. 6192)

2

**SERVICE LIST**

COZEN O'CONNOR
John T. Carroll, III, Esq.
Simon E. Fraser, Esq.
1201 North Market Street, Suite 1001
Wilmington, DE 19801
jcarroll@cozen.com
sfraser@cozen.com

*Counsel to George L. Miller, in his capacity as Chapter 7 Trustee for the bankruptcy estates of Chicken Soup for the Soul Entertainment Inc. and Redbox Automated Retail, LLC*

WOMBLE BOND DICKINSON (US) LLP
Donald J. Detweiler, Esq.
1313 N. Market Street, Suite 1200
Wilmington, DE 19801
don.detweiler@wbd-us.com

Cathy A. Hinger, Esq.
Victoria A. Bruno, Esq.
2001 K Street, NW
Suite 400 South
Washington, D.C. 20006
cathy.hinger@wbd-us.com
victoria.bruno@wbd-us.com

*Counsel for Defendants William J. Rouhana, Jr. and Amy L. Newmark*

HOGAN MCDANIEL
Daniel Kerrick, Esq.
1331 Delaware Avenue
Wilmington, DE 19806
dckerrick@dkhogan.com

MINTZ & GOLD LLP
Barry M. Kazan, Esq.
600 Third Avenue, 25th Floor
New York, NY 10016
kazan@mintzandgold.com

*Counsel to Defendant Bart Schwartz*

DLA PIPER LLP (US)
R. Craig Martin, Esq.
Roxanne M. Eastes, Esq.
1201 North Market Street, Suite 2100
Wilmington, DE  19801
craig.martin@us.dlapiper.com
roxanne.eastes@us.dlapiper.com

BROWN RUDNICK LLP
Stephen A. Best, Esq.
Daniel J. Healy, Esq.
Jonathan E. Richman, Esq.
Nancy H. Turner, Esq.
Brown Rudnick LLP
1900 N Street, NW, Suite 400
Washington, D.C.  20036
sbest@brownrudnick.com
dhealy@brownrudnick.com
jrichman@brownrudnick.com
nturner@brownrudnick.com

*Counsel for Defendants Robert H. Warshauer and John T. Young, Jr.*

17814043/1