# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CHICKEN SOUP FOR THE SOUL ENTERTAINMENT, INC., *et al.* [1],<br><br>        Debtors. | Chapter 7<br><br>Case No. 24-11442 (MFW)<br><br>(Jointly Administered) |
| BRIAN SKAJEM, LISA PAPATZIMAS, ERIN TUTTLE, DAVID ELLENDER, DARA COHEN, MATT LOZE, JESSICA STOECKELER, HEATHER BUNDY, CAREY CAMPBELL, KELLY BURKE HOPKINS, COURTNEY SMITH, on behalf of themselves and behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>        v.<br><br>CHICKEN SOUP FOR THE SOUL ENTERTAINMENT, INC.; REDBOX AUTOMATED RETAIL, LLC; WILLIAM J. ROUHANA, JR., AMY NEWMARK, JOHN T. YOUNG, ROBERT H. WARSHAUER, BART SCHWARTZ, and DOES 1-500, inclusive,<br><br>        Defendants. | Adv. Pro. No. 24-50128 (MFW)<br><br>**Re: Adv. DI Nos. 100, 101, 108, 109, 117** |

## NOTICE OF COMPLETION OF BRIEFING ON
## DEFENDANT'S MOTION TO DISMISS SECOND AMENDED COMPLAINT

**PLEASE TAKE NOTICE** that defendant, Bart Schwartz, by and through the undersigned

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number (where applicable), are: 757 Film Acquisition LLC (4300); Chicken Soup for the Soul Entertainment Inc. (0811); Chicken Soup for the Soul Studios, LLC (9993); Chicken Soup for the Soul Television Group, LLC; Crackle Plus, LLC (9379); CSS AVOD Inc. (4038); CSSESIG, LLC (7150); Digital Media Enterprises LLC; Halcyon Studios, LLC (3312); Halcyon Television, LLC (9873); Landmark Studio Group LLC (3671); Locomotive Global, Inc. (2094); Pivotshare, Inc. (2165); RB Second Merger Sub LLC (0754); Redbox Automated Retail, LLC (0436); Redbox Entertainment, LLC (7085); Redbox Holdings, LLC (7338); Redbox Incentives LLC (1123); Redwood Intermediate, LLC (2733); Screen Media Films, LLC; Screen Media Ventures, LLC (2466); and TOFG LLC (0508). The Debtors' corporate headquarters and service address is 132 East Putnam Avenue, Floor 2W, Cos Cob, CT 06807.

counsel, hereby informs the Court that briefing on *Defendant, Bart Schwartz's, Motion to Dismiss Second Amended Complaint* (Adv. D.I. 100) (the "Motion") is now completed.

The pleadings relevant to the Motion are as follows:

1.     *Defendant Bart Schwartz's Motion to Dismiss Second Amended Complaint* [Adv. D.I. 100];

2.     *Defendant Bart Schwartz's Opening Brief in Support of Motion to Dismiss Second Amended Complaint* [Adv. D.I. 101];

3.     *Plaintiffs' Omnibus Brief in Opposition to the Motions to Dismiss the Second Amended Complaint* [Adv. D.I. 108];

4.     *Declaration of Tara C. Pakrouh in Support of Plaintiffs' Omnibus Brief in Opposition to the Motions to Dismiss the Second Amended Complaint* [Adv. D.I. 109];

5.     *Defendant Bart Schwartz's Reply in Support of Motion to Dismiss Second Amended Complaint* [Adv. D.I. 117].

**PLEASE TAKE FURTHER NOTICE** that in accordance with Local Rule 7007-4, copies of the pleadings listed above will be provided to the Court and that a hearing on the Motion, if any, shall be set at the convenience of the Court.

Dated: April 21, 2026
Wilmington, Delaware

**HOGAN MCDANIEL**

*/s/ Daniel Kerrick*
Daniel Kerrick (DE Bar No. 5027)
1331 Delaware Avenue
Wilmington, DE 19806
Telephone: (302) 656-7540
Facsimile: (302) 656-7599
E-mail: dckerrick@dkhogan.com
*Counsel to Defendant Bart Schwartz*

1