brownrudnick
JONATHAN E. RICHMAN
direct dial:+1.212.209.4943
jrichman@brownrudnick.com

September 30, 2026

**VIA ECF**

The Honorable Mary F. Walrath
United States Bankruptcy Judge for the
District of Delaware
United States Bankruptcy Court
824 North Market Street, 5th Floor
Wilmington, DE 19801

**RE:** ***Skajem v. Chicken Soup for the Soul Entertainment, Inc.*****,**
**Adv. Pro. No. 24-50128 (MFW)**

Dear Judge Walrath:

We represent Defendants John T. Young, Jr. and Robert H. Warshauer (two former short-term outside directors of Chicken Soup for the Soul Entertainment, Inc.) in the above-captioned adversary proceeding. As Your Honor is aware, all Defendants have moved to dismiss Plaintiffs' Second Amended Complaint, and those motions are fully briefed.

On behalf of our clients, we believe that the Court should be advised that all parties to the adversary proceeding have agreed to engage in mediation on November 16, 2026, with Jed Melnick, of JAMS. We will report back to the Court after the mediation.

Respectfully,

**BROWN RUDNICK LLP**

Stephen Best /JER
Stephen A. Best

Daniel Healy /JER
Daniel J. Healy

Jonathan Richman
Jonathan E. Richman

cc: All counsel of record (by ECF)