Morris James LLP

Tara Pakrouh Evans
(302) 888-6836
tevans@morrisjames.com

November 17, 2026

***Via ECF***

The Honorable Mary F. Walrath
United States Bankruptcy Judge for the
District of Delaware
United States Bankruptcy Court
824 North Market Street, 5th Floor
Wilmington, DE 19801

***Re:*** ***Skajem et al. v. Chicken Soup for the Soul Entertainment, Inc., et al.***
**Adv. Pro. No. 24-50128 (MFW)**

Dear Judge Walrath:

We represent the putative class of former employees (collectively, "Plaintiffs") of Chicken Soup for the Soul Entertainment, Inc. and Redbox Automated Retail, LLC (collectively, the "Debtors") in connection with claims against the Debtors, William J. Rouhana, Jr., Amy Newmark, John T. Young, Robert H. Warshauer, Bart Schwartz, and Does 1–500, in the above-referenced adversary proceeding.

We write to inform the Court that on November 16, 2026, Plaintiffs participated in an all-day mediation with Jed Melnick, of JAMS. That mediation was, unfortunately, unsuccessful. In light of this, Plaintiffs respectfully contend that the pending motions to dismiss [Adv. D.I. 98, 99, 100, 101, 102, 103, 104, 105, 108, 109, 113, 114, 115, 116, 117, 119, 121, 122] are ripe to be ruled upon.

Counsel for the Plaintiffs remains available at the Court's convenience to address any questions the Court may have related to this issue.

Respectfully,

Tara Pakrouh Evans, Esq.